**Exhibit 5**

# KANSAS BOARD OF REGENTS
## MINUTES
### March 17-18, 2021

The March 17, 2021, meeting of the Kansas Board of Regents was called to order by Chair Bill Feuerborn at 1:30 p.m. The meeting was held in the Board Office located in the Curtis State Office Building, 1000 S.W. Jackson, Suite 520, Topeka. Proper notice was given according to law.

| | |
|---|---|
| MEMBERS PRESENT: | Bill Feuerborn, Chair |
| | Cheryl Harrison-Lee, Vice Chair |
| | Shane Bangerter |
| | Ann Brandau-Murguia |
| | Mark Hutton |
| | Shelly Kiblinger |
| | Jon Rolph |
| | Allen Schmidt |
| | Helen Van Etten |

## ANNOUNCEMENT
Chair Feuerborn stated that due to the Shawnee County emergency order issued March 8 and its limitations on mass gatherings of more than 25 people, today's meeting is being conducted in a quasi-virtual format, with members of the Board, a few Board staff, and university and college CEOs attending in person. Other Board staff and all university staff are participating remotely, and the public is accessing the meeting via live broadcast on YouTube. The Board meeting is being conducted pursuant to the Attorney General's regulation for quasi-virtual meetings. He asked all participants to place their microphones on mute when they are not speaking to allow listeners and observers to hear the meeting unimpeded. Chair Feuerborn stated that participants should ask to be recognized if they have a question or comment and when recognized, the participant should state their name and title so he or she can be identified by the audience. Chair Feuerborn noted for each action item, a roll call vote would be taken to be clear how each Regent has voted. However, a roll call vote will not be taken for the approval of the minutes and no motion is needed to adjourn the meeting. It was also noted that there will be no opportunity for public comment during this meeting and there will be an executive session toward the end of the meeting. Chair Feuerborn explained the process to be used for the executive session.

## PLEDGE OF ALLEGIANCE
The Pledge of Allegiance was recited.

## APPROVAL OF MINUTES
Regent Van Etten moved that the minutes of the February 17, 2021 meeting be approved. Following the second of Regent Rolph, the motion carried.

## GENERAL REPORTS

Kansas Board of Regents - 2 - March 17-18, 2021

REPORT FROM CHAIR
Chair Feuerborn welcomed everyone and noted that the restrictions related to the pandemic have loosened, which has allowed the majority of the Board to meet in-person in Topeka. He hopes the virus count continues to decline so that future Board meetings can return to a normal format. Chair Feuerborn then announced that the President and CEO report will be presented by President Flanders later in the agenda because he is currently presenting testimony to a legislative committee.

REPORT FROM SYSTEM COUNCIL OF PRESIDENTS
President Rittle presented the report for the System Council of Presidents. The Council received information on strategies to increase the College Going Rate, which has declined for recent years in Kansas. One initiative that is being implemented is increasing the number of students who complete the Free Application for Federal Student Aid (FAFSA) form. The Board received information on the strategies tied to this initiative last month, which included the FAFSA recognition program and FAFSA completion events. President Rittle noted that the Council asked for the FAFSA completion data to be broken down by ethnicity and/or subpopulations so that they have a better understanding of the environment in Kansas. The Council then received a report from the System Council of Chief Academic Officers on Advanced Placement Exams and transfer and articulation. The last item the Council discussed was the initiative to close the equity gaps in the higher education system. The initiative is a part of the Board's strategic plan, *Building a Future*. The Council is interested in identifying best practices to reduce the equity gaps, and it was noted that President Flanders along with several other institutional leaders have reached out to Georgia State University's National Institute for Student Success for more information on how we might implement best practices learned at Georgia State University..

INTRODUCTIONS
Chancellor Girod introduced the University of Kansas's new Chief Financial Officer, Jeff DeWitt, and Interim Athletic Director, Kurt Watson.

REPORT FROM PRESIDENT AND CEO
President Flanders reported that the Board received a Grant Award Notification from the U.S. Department of Education under the Governor's Emergency Education Relief (GEER) Fund round two program in the amount of $11.7 million. President Flanders is recommending these funds be spent on targeted initiatives tied to the Board's strategic plan - $5 million to address equity gaps, $4.5 million to address student well-being, $2 million to address the College Going Rate, and $30,000 to increase open educational resources (OER). However, President Flanders noted the Board office is still waiting on guidance to determine exactly how the funds can be spent. Additionally, President Flanders reported that in the FY 2021 budget, the Board was appropriated $20,000 for the "Governor's Scholars Program." Last year, these funds were awarded to the four community colleges with the highest student success index. This year, the funds will be awarded to the four technical colleges with the highest student success index – Salina Area Technical College, Flint Hills Technical College, North Central Kansas Technical College, and Washburn Tech. Each college will receive $5,000 to award five Governor's Scholarships to students with financial need who are enrolled at the colleges. He noted this award is a great opportunity to provide some students with financial assistance.

RAZE BUILDING – KSU
Kansas State University received approval to raze a storage shed located at 2209 Agronomy Field Road (building #36700-00555) and a farm equipment storage shed located at 2305 Agronomy Central Road (building #36700-00529). The buildings are on the Agronomy farm north of Kimball Avenue and tearing them down will allow the City of Manhattan to construct a new access road, which was recommended by a Traffic Improvement Study conducted by the City of Manhattan in 2014. The cost to raze the two buildings, the replacement value of the existing buildings and the new access road will be funded from the City's road improvement project.

*Technical Authority*

REALIGNMENT OF WELDING PROGRAM
The revisions to the Welding Technology program alignment were approved.

(New Alignment Map filed with Official Minutes)

EXCEL IN CTE FEES FOR DODGE CITY COMMUNITY COLLEGE
The Excel in CTE Fees for Dodge City Community College's Home Health Aide program were approved.

(Fees filed with Official Minutes)

**CONSIDERATION OF DISCUSSION AGENDA**

*Academic Affairs*

LOW ENROLLMENT PROGRAMS – PSU AND ESU
Vice President Archer stated that Emporia State University and Pittsburg State University have completed their internal reviews of their low-enrollment programs. He introduced Provost Cordle and Provost Smith to present their respective university's recommendations. He also reminded the Board that under the strategic program alignment policy, the Board decides the final outcome of these programs.

Provost Cordle stated that Emporia State University reviewed 13 programs under this process. He noted that Music Education was discontinued as a separate program several years ago but is currently on the list because ESU is teaching out the remainder of the students who are enrolled in it. The Biochemistry and Molecular Biology program has no costs associated with it because its courses are offered by the Biology and Chemistry programs. Provost Cordle stated the program does not attract a lot of students, but it's a great option for the ones who choose it, which is why ESU recommends continuing it. Physical Sciences is another program that does not cost the University anything to offer because all of its required courses are offered by other programs. ESU recommends continuing the program. Health Education is a second licensure option for Physical Education majors. It does have some instructional costs, but the courses generate enough tuition and fee revenue to cover all but $200 of the cost. Provost Cordle stated that ESU recommends

merging Health Education with the Physical Education program, which should gain some efficiencies. Business Education is a teacher licensure program that does generate some revenue for the University. ESU recommends continuing the program. Provost Cordle then reviewed the following six programs: 1) Chemistry, 2) Economics, 3) Modern Languages, 4) Earth Science, 5) History, and 6) Political Science. Each of these programs have a small number of majors but they are productive programs that generate net revenue for the University because they teach a lot of general education courses. The University recommends continuing all six programs. Theatre is a big part of the cultural life of the campus and the community, but it is expensive to offer. Provost Cordle stated he has never been associated with a Theatre program anywhere that generated net revenue, but private donors do give to the program. ESU recommends continuing the program and will continue to review its costs and funding as a part of ESU's comprehensive budget reduction process. Physics does not attract many majors, but it is an important degree for society. Provost Cordle stated that the University wants to continue to review this program as part of its comprehensive budget reduction process. Provost Cordle stated that ESU's comprehensive budget reduction process is currently underway and that the University must achieve $4,700,000 in permanent budget savings. Significant cuts will take place in academic programs, but most of those savings will come from programs that are not being reviewed under this process.

Provost Smith reported that since 2009, Pittsburg State University has discontinued 52 programs, certificates, minors, and emphases. Under the Board's program review process, PSU looked at 25 programs. Pittsburg State is recommending the following programs be discontinued: Graphic Design; French Language Teacher Education; Psychology Teacher Education; Spanish Language and Literature; Spanish Language Teacher Education; Biology Teacher Education; Chemistry Teacher Education, Physics Teacher Education; Family and Consumer Science/Home Economics Teacher Education; Mathematics Teacher Education; Teacher Education and Professional Development, Specific Subject Areas, Other; and Clinical Laboratory Science/Medical Technology/Technologist. Provost Smith stated that many of these programs have already been discontinued or are currently in the process of elimination. He also noted that students enrolled in these programs will be allowed to finish their degrees. PSU recommends continuing the following academic support programs: General Economics, General Foreign Languages and Literatures, Geography, General Music Performance, General Physics, General Political Science and Government, and General Sociology. For General Mathematics and General History, PSU recommends discontinuing the Bachelor of Arts degrees and continuing the Bachelor of Science degrees. PSU recommends continuing its two interdisciplinary and coordinating programs - Multi-/Interdisciplinary Studies and Polymer Chemistry. Provost Smith stated that PSU's Interior Design program was started in 2016 and has been growing in enrollment each year. Since this is a new program, PSU recommends continuing it. The International Business program allows students to develop and understand business tactics and strategies as they relate to a changing international marketing place. Provost Smith stated that the faculty are evaluating this program and therefore, PSU recommends monitoring it.

Regent Kiblinger moved to approve the recommendations from Emporia State University and Pittsburg State University. Regent Schmidt seconded. Regent Hutton stated that there seems to be a lot of programs that feed the core curriculum and wants to know if the universities need that many options to satisfy the credit hour requirements. President Flanders stated that the Board may want to discuss how to make the review process at the Board level more efficient and believes this

could be a Board retreat topic. He noted that Vice President Archer and the Provosts are the subject matter experts and need to be part of the discussion. Regent Hutton stated that under program costs, the universities are only listing the total salaries and benefits attached to the program and noted the full cost of a program would also include the facility operational expenses. He wanted to know if those costs could be calculated into the total cost of the program. Regent Harrison-Lee believes this would be a good retreat topic. On a roll call vote, the following Regents voted affirmatively to adopt the motion: Regent Harrison-Lee, Regent Bangerter, Regent Murguia, Regent Hutton, Regent Kiblinger, Regent Rolph, Regent Schmidt, Regent Van Etten, and Regent Feuerborn. The motion carried.

(Reports filed with Official Minutes)

<u>AMENDMENTS TO NEW ACADEMIC UNITY AND ACADEMIC PROGRAMS POLICY</u>
Vice President Archer presented the proposed amendments to the New Academic Units and Academic Programs policy. The Board Academic Affairs Standing Committee determined it was necessary to amend the policy to ensure the colleges have an opportunity to provide comments when a university wants to offer an associate degree. Regent Van Etten moved to approve the policy amendments. Regent Kiblinger seconded. On a roll call vote, the following Regents voted affirmatively to adopt the motion: Regent Harrison-Lee, Regent Bangerter, Regent Murguia, Regent Hutton, Regent Kiblinger, Regent Rolph, Regent Schmidt, Regent Van Etten, and Regent Feuerborn. The motion carried. The following amendments were adopted:

**Chapter II**

**A. ACADEMIC AFFAIRS**

    7. NEW ACADEMIC UNITS AND ACADEMIC PROGRAMS
. . .
        d. Approval of New Academic Program Proposals

            i. Overview

                (1) When the Board considers the establishment of a new degree program or major, information regarding its need, quality, cost and means of assessment become paramount. The minimization of unnecessary program duplication is a high priority of the Kansas Board of Regents.

                (2) State universities must submit a complete program proposal to ~~board~~ <u>Board</u> staff and enter the proposed program into the Program Inventory Database. Once ~~board~~ <u>Board</u> staff receives a complete program proposal and the program is entered into the Program Inventory Database, the proposal will be available electronically for institutions to view. All institutions shall be automatically notified of the proposed program by email through the Program Inventory Database. <u>If a state university wishes to express concerns about a proposed associate, baccalaureate, masters, or doctoral degree, the president or chief academic officer shall address such concerns in writing to the Board staff within 45 calendar days of notification of the proposed</u>

program. ~~Institutions with concerns, comments or objections to the program must state those in writing to Board Staff within 45 calendar days of notification of the proposed program.~~ <u>If a community or technical college wishes to express concerns about a proposed associate degree, the president or chief academic officer shall address such concerns in writing to the Board staff within 45 calendar days of notification of the proposed program.</u> During the 45 <u>calendar</u> day ~~calendar~~ comment period, the list of concerns, comments and objections will be compiled by Board staff and forwarded to the state university for follow-up. The state university proposing the program is expected to communicate with other institutions filing concerns, comments or objections to minimize or eliminate the identified issues. Final proposals must include evidence that concerns, comments or objections have been addressed. This process is designed to make the approval process more transparent, improve proposals and reduce potential conflict related to unnecessary duplication. The 45 <u>calendar</u> day ~~calendar~~ <u>comment</u> period shall run concurrently with the approval procedures for new academic program proposals.

The Board President and Chief Executive Officer, or designee, shall determine if each proposed program is similar to others in the state and may serve the same potential student population. A similar program is one that has a like CIP code, title, content or competencies. If the President and Chief Executive Officer, or designee, determines that one or more similar programs exist, the following information included in the program proposal narrative shall be taken into account: the ability/inability to offer the program collaboratively, the level of student interest in the program, existing and future labor market demand, and availability of clinical sites, if applicable.

Board staff shall compile, analyze and make recommendations to the Board on the information provided in the program proposal narrative. The recommendations and information provided shall be reviewed by the Board Academic Affairs Standing Committee to determine whether the program represents unnecessary program duplication before forwarding the proposal to the full Board for action.

<u>CHANGES TO ADMISSION REQUIREMENTS – KU</u>
Jean Redeker, KU's Assistant Vice Provost for Academic Affairs, introduced the University of Kansas' proposed changes to its qualified admission requirements. Dr. Redeker stated that KU currently offers two guaranteed admission options for freshmen applications received by February 1st: 1) applicants with at least a score of 21 on the ACT and a minimum 3.25 cumulative high school GPA, or 2) applicants with at least a score of 24 on the ACT and a minimum 3.0 cumulative high school GPA. Both options require that a high school student achieve at least a 2.5 GPA on any college courses taken in high school. Dr. Redeker noted that last spring, the pandemic caused ACT/SAT testing sites to close and all in-person ACT/SAT testing appointments were cancelled. Because of KU's admission requirements, the University was only able to admit freshmen without test scores through an existing option outlined in current regulations. That option allows applicants with no test scores to be admitted through a special review but does not guarantee admission. Dr. Redeker stated that KU is proposing two options (listed below) that will accommodate applicants

**ADJOURNMENT**
The Chair adjourned the meeting at 12:22 p.m.

_____          _____
Blake Flanders, President and CEO          Bill Feuerborn, Chair