Exhibit 6

*March 17-18, 2021*                                                            *Agenda*

# MEETING AGENDA

The Kansas Board of Regents will meet in the Board Room located in the Curtis State Office Building at 1000 SW Jackson, Suite 520, Topeka, Kansas, 66612.

### Wednesday, March 17, 2021

| | | | |
|---|---|---|---|
| **I.** | **Call To Order** | Regent Feuerborn, Chair | |
| **II.** | **The Pledge of Allegiance** | | |
| **III.** | **Approval of Minutes** | | |
| | A. February 17, 2021 Board Minutes | | *p. 6* |
| **IV.** | **Introductions and Reports** | | |
| | A. *Introductions* | | |
| | B. *Report from the Chair* | Regent Feuerborn, Chair | |
| | C. *Report from the President & CEO* | Blake Flanders, President & CEO | |
| | D. *Report from System Council of Presidents* | President Rittle | |
| | E. *Report from Council of Presidents* | Interim President Muma | |
| | F. *Report from Council of Faculty Senate Presidents* | Aleks Sternfeld-Dunn | |
| | G. *Report from Students' Advisory Committee* | Rija Khan | |
| | H. *Report from the Community Colleges* | President Rittle | |
| | I. *Report from the Technical Colleges* | President Genandt | |
| | J. *Report from the University CEOs* | | |
| **V.** | **Standing Committee Reports** | | |
| | A. *Academic Affairs* | Regent Kiblinger | |
| | B. *Fiscal Affairs & Audit* | Regent Rolph | |
| | C. *Governance* | Regent Feuerborn | |
| | D. *Retirement Plan* | Regent Bangerter | |
| **VI.** | **Approval of Consent Agenda** | | |
| | A. *Academic Affairs* | | |
| | 1. Act on Request to Seek Accreditation for its Master of Engineering and its Master of Science in Project Management – KU | Daniel Archer, VP, Academic Affairs | *p. 24* |
| | 2. Act on Request to Offer a Master of Arts in Applied Sociology – ESU | | *p. 26* |
| | B. *Fiscal Affairs & Audit* | | |
| | 1. Amend the FY 2022 Capital Improvement Plan and Approve Program Plan for Weede Physical Education Building – PSU | Chad Bristow, Director of Facilities | *p. 36* |

*March 17-18, 2021*                                                                                  *Agenda*

2. Act on Request to Raze Buildings – KSU                                        *p. 36*

C.  *Technical Authority*
    1.  Act on Realignment of Welding Program          Scott Smathers,          *p. 37*
                                                        VP, Workforce Development

    2.  Act on Excel in CTE Fees for Dodge City Community                        *p. 39*
        College

**VII.   Consideration of Discussion Agenda**
    A.  *Academic Affairs*                               Regent Kiblinger
        1.  Review Low Enrollment Programs Under Strategic   Daniel Archer,      *p. 41*
            Program Alignment                               VP, Academic Affairs
            • Pittsburg State University – Provost Smith
            • Emporia State University – Provost Cordle

        2.  Act on Proposed Revisions to the New Academic Units  Daniel Archer,  *p. 44*
            and Academic Programs Policy                        VP, Academic Affairs

        3.  Act on Request to Change Freshman Admission                          *p. 46*
            Requirements – KU

    B.  *Fiscal Affairs & Audit*                          Regent Rolph
        1.  Act on Request to Extend Suspension of Board Policy  Elaine Frisbie  *p. 48*
            Related to Payment of Tuition and Fees              VP, Finance & Administration

    C.  *Governance*                                     Regent Feuerborn
        1.  Act on Proposed Board Policy; Change of Athletic   Julene Miller,    *p. 49*
            Conferences                                       General Counsel

        2.  Act on Proposed Free Expression Statement and                       *p. 50*
            Companion Policies

    D.  *Other Matters*
        1.  Act on Request to Approve Granting of Honorary   Chancellor Girod    *p. 55*
            Degree – KU

        2.  Receive Legislative Update                      Matt Casey,          *p. 55*
                                                            Director, Government
                                                            Relations

**VIII.  Executive Session**
        Board of Regents – Personnel Matters Relating to Non-Elected
        Personnel

*March 17-18, 2021*                                                                 *Agenda*

## **Thursday, March 18, 2021**

**IX.**    **Consideration of Discussion Agenda**
    *A.    Fiscal Affairs & Audit*                              Regent Rolph
        1.    Discuss Facility Renewal Initiative                          *p. 56*

**X.**    **Adjournment**

*March 17-18, 2021*                                                    *Discussion Agenda | Wednesday*

# DISCUSSION AGENDA

**VII.    Consideration of Discussion Agenda**

   A.   *Academic Affairs*                                            Regent Kiblinger
      1.   **Review Low Enrollment Programs Under Strategic**         **Daniel Archer,**
           **Program Alignment**                                      **VP, Academic Affairs**
           • **Pittsburg State University – Provost Smith**
           • **Emporia State University – Provost Cordle**

**Summary**

*In June 2020, the Board endorsed a plan to review low-enrollment programs under strategic program alignment in FY 21. This was subsequently articulated as an FY 21 Board Goal in October 2020. Today, Pittsburg State University (PSU) and Emporia State University (ESU) will present their findings and recommendations.*

**Background**

A low-enrollment undergraduate program is defined as a program with less than 25 juniors and seniors majoring in the program. A summary of the active low-enrollment undergraduate programs that are at least 5-years old are detailed below by each average major range.

| University | # of Programs Averaging 17-24 Majors | # of Programs Averaging 8-16 Majors | # of Programs Averaging 1-7 Majors | Totals |
|---|---|---|---|---|
| Emporia State University | 6 | 5 | 2 | 13 |
| Fort Hays State University | 1 | 4 | 1 | 6 |
| Kansas State University | 1 | 6 | 0 | 7 |
| Pittsburg State University | 6 | 7 | 3 | 16 |
| University of Kansas | 5 | 6 | 4 | 15 |
| Wichita State University | 1 | 1 | 1 | 3 |
| Totals | 20 | 29 | 11 | 60 |

These data were intended to provide foundational information about these programs. Given that this review was limited, the Board determined that more detailed analysis is needed to gauge the breadth and depth of these programs. As such, the Board concluded that the state universities would review all their low-enrollment programs under strategic program alignment.

*Board Goal*

On October 14, 2020, the Board established that this review would be an FY 21 Board goal. This goal was articulated as follows:
   "Review the 60 low-enrollment programs at the six state universities to assess program viability and strengthen the efficiency of degree program inventories."

*Scope of the Review*

This review will primarily be based on assessing three core areas: essentiality, productivity, and cost effectiveness. For each program reviewed, at minimum, the university will include the following:
   1.   Faculty profile, which includes:
        • number of faculty dedicated solely to the program; and
        • number of department faculty teaching:

- core courses in the program;
- elective courses in the program; and
- general education courses.

2. A written narrative with supporting data to address:
   - the date in which the program was founded;
   - the degree to which the program supports the university's mission, strategic plan, or goals;
   - program productivity beyond number of majors;
   - cost effectiveness;
   - employment demand (current and future); and
   - program strengths and weaknesses.
3. A recommendation to:
   - continue the program;
   - discontinue the program;
   - additionally review the program; or
   - merge the program.

4. A written narrative to justify the recommendation.

At the December 1, 2020, the Board of Academic Affairs Standing Committee (BAASC) agreed that specific cost-related information be added to the review.  This includes:

Direct Instructional Expenditures

| Source | FY 2020 |
|---|---|
| Salaries[1] | |
| Benefits[2] | |
| Other Personnel Expenditures[3] | |
| Total | |

Sources that Support the Program

| Source | FY 2020 |
|---|---|
| Tuition[4] | |
| Fees[5] | |
| State Funds | |
| Other Sources If this applies, please specify each source and its amount. | |

---

[1] Report all wages paid to support the instructional function in a given department or program during the fiscal year. While these will largely be faculty salaries, be sure to include clerical (e.g., department secretary), professionals (e.g., lab technicians), graduate student stipends (but not tuition waivers), and any other personnel who support the teaching function and whose salaries and wages are paid from the department's/program's instructional budget.

[2] Report expenditures for benefits associated with the personnel for whom salaries and wages were reported on the previous entry.

[3] This category includes non-personnel items such as travel, supplies and expenses (e.g. printing, search expenses), non-capital equipment purchases (lab supplies, office equipment and software), etc., that are typically part of a department or program's cost of doing business.

[4] Report all tuition generated from student credit hours taught by faculty in a given department or program during the fiscal year.

[5] Report all fees generated from enrollment in courses taught by faculty in a given department or program during the fiscal year.

KANSAS BOARD OF REGENTS    |   42

*March 17-18, 2021*                                    *Discussion Agenda | Wednesday*

| For example:<br>$50,000 from Private Gifts<br>$50,000 from a Federal Grant<br>$100,000 Total | |
| --- | --- |
| Total | |

*Review Process and Final Outcome*
While the university will issue a recommendation, the Board will have the final decision on determining the outcome of each respective program reviewed.  The findings and recommendations from PSU and ESU are detailed in the attachments.

# ESU Strategic Program Alignment Reviews

### Business and Innovation Teacher Education

**Average number of majors:** 8
**Average number of graduates:** 4

## Faculty Profile

*Number of faculty dedicated solely to the program:* None. The Business Education (BSBE) program, housed in the Department of Business Administration, requires only two courses of its own: BE344 Office System Applications and BE573 Business Curriculum & Teaching Methods. These two courses are taught by an adjunct faculty member. All other required courses are offered through the Bachelor of Science in Business program and taught by that program's faculty.

*Number of department faculty teaching core courses in the program:* 8
*Number of department faculty teaching elective courses in the program:* 0 (no electives offered)
*Number of department faculty teaching general education courses:* 5

## Program Narrative

*Program founded:* The Business Education program was founded in the 1930s to address the need for secondary education teachers to provide instruction on business, industry, and the economy, and to teach students to manage their own business endeavors. Over time the program evolved to meet the needs of the state in preparing professional educators to teach courses in accounting, computer technologies, personal finance, entrepreneurship, and economics.

*The degree to which the program supports the university's mission, strategic plan, or goals:* The BSBE program aligns directly with the university's mission of preparing students for lifelong learning, rewarding careers, and adaptive leadership. ESU was founded as the Kansas State Normal School, and teacher education has remained central to the university's mission. The program supports Goal 3 of the university's Strategic Plan (*Enhance the competitive role of Kansas by enrolling, retaining, and graduating students ready for life and career*) by preparing highly qualified, classroom-ready business education teachers.

*Program productivity beyond number of majors:* Emporia State University is one of the few universities in the state to offer a Business Education program. While small, the program meets a need in Kansas school districts for licensed business teachers trained to offer courses in Accounting, Financial Management, Entrepreneurship, Economics, Computer and Technology Applications, and other business subjects at the middle and secondary school levels. Business Education graduates also advise student organizations such as the Future Business Leaders of America (FBLA).

*Cost effectiveness:* With only two dedicated courses, both taught by an adjunct faculty member, the program is very cost effective.

Direct Instructional Expenditures

| Source | FY 2020 |
|---|---|
| Salaries[1] | $ 5,999.98 |
| Benefits[2] | $ 525.30 |
| Other Personnel Expenditures[3] | |
| Total | $ 6,525.28 |

Sources that Support the Program

| Source | FY 2020 |
|---|---|
| Tuition[1] | $ 7,579.80 |
| Fees[2] | $ 720.00 |
| State Funds | |
| Other Sources | |
| Total | $ 8,299.80 |

| Net Revenue (Loss) | $ 1,774.52 |
|---|---|

***Employment demand (current and future):***  There is a strong demand for the program's graduates, due to state and nationwide shortages of teachers who are credentialed in the Business teaching field.

***Program strengths and weaknesses:***  The Business Education program benefits from ESU's reputation as one of the premier educator preparation programs in the nation. The strong demand for business teachers, coupled with the program's history of placing successful teachers in Kansas school districts, ensures excellent job prospects for program graduates.  This is a program that meets a real need in the State of Kansas.

Weaknesses include a curriculum that, while solid and effective, is limited by the small size of the program. Environmental factors create headwinds to student recruitment: Fewer high school graduates are choosing teacher education as a college major than in the past, and business teachers' salaries are lower than those of business graduates who choose other careers.

**Recommendation:**  Continue the program.

**Justification for Recommendation:**  The Business Education program operates at very low cost and addresses a real need for middle and secondary business teachers in Kansas schools.

Emporia State University                                                                                                    2

**Health Teacher Education**

**Average number of majors:**  6
**Average number of graduates:**  6

**Faculty Profile**

*Number of faculty dedicated solely to the program:*  None.  The Health Education program, housed in the Department of Health, Physical Education & Recreation, is available only as a 24-credit second teaching field; it is not a stand-alone major and has no faculty of its own.  All nine required courses are taught by faculty members assigned to the department's other programs, and all except three of those courses are requirements in other programs.  One course is also a university general education course.

**Program Narrative**

*Program founded:*  The Health Education program was initiated in 2003, when the State of Kansas enabled and regulated the Health Education teaching license.  The program is accredited by the Kansas State Department of Health (KSDE). Upon degree completion and completion of the Health Education program, students are eligible to become licensed health education teachers in the state of Kansas.

*The degree to which the program supports the university's mission, strategic plan, or goals:*  Emporia State University's institutional vision is "changing lives for the common good"—an acknowledgment of the university's role in improving the lives of Kansans.  ESU was founded as the Kansas State Normal School, and teacher education has remained central to the university's mission. The program supports Goal 3 of the university's Strategic Plan (*Enhance the competitive role of Kansas by enrolling, retaining, and graduating students ready for life and career*) by preparing highly qualified, classroom-ready health education teachers who advance the well-being of today's youth and the development of tomorrow's citizenry.

*Program productivity beyond number of majors:*  Emporia State University is one of the few universities in the state to offer licensure in Health Education.  While small, the program meets a need in Kansas school districts for licensed health education teachers.  Just as important, the program offers teacher education students the opportunity to supplement their first teaching field (usually Physical Education) with a second teaching field, thereby enhancing their employability and their career prospects.

*Cost effectiveness:*  The Health Education program is highly cost effective.  Of the 24 program credit hours, 14 are shared among two of the other undergraduate programs in the department (Physical Education and Health & Human Performance). The ten hours that are specific to the Health Education program consist of three courses, split between semesters (two courses in the Fall and one course in the Spring). These three dedicated courses are taught by faculty members assigned to the department's other programs.

Direct Instructional Expenditures

| Source | FY 2020 |
| --- | --- |
| Salaries[1] | $ 16,062.82 |
| Benefits[2] | $  6,293.39 |

| Other Personnel Expenditures[3] | |
|---|---|
| Total | $ 22,356.21 |

Sources that Support the Program

| Source | FY 2020 |
|---|---|
| Tuition[1] | $ 14,689.72 |
| Fees[2] | $ 7,457.90 |
| State Funds | |
| Other Sources | |
| Total | $ 22,147.62 |

| Net Revenue (Loss) | $ (208.59) |
|---|---|

*Employment demand (current and future):* Kansas school districts face a significant and worsening shortage of teachers licensed in Health Education, which creates a high demand for the program's graduates. At the elementary and middle school levels, the State of Kansas requires that physical education include instruction in health and human sexuality. At the high school level, Kansas requires a minimum of one unit of physical education, which must include health education. While some Physical Educators also have licensure in Health Education, many do not. As a result, Health Education classes in Kansas schools have been increasingly taught by teachers who lack licensure in Health Education. The percentage of Health Education classes taught by Physical Educators has risen from approximately 56% in 2014 to nearly 70% currently.

*Program strengths and weaknesses:* The Health Education program addresses the Kansas Health Education Standards and ensures that our students possess strong content knowledge, making them valuable assets for Kansas schools. The program also benefits from ESU's reputation as one of the premier educator preparation programs in the nation. The high demand for Health Education teachers, coupled with the department's history of placing successful teachers in Kansas school districts, ensures excellent job prospects for program graduates. This is a program that meets a real need in the State of Kansas.

An obstacle to higher enrollment is that acquiring Health Education as a second teaching field does require additional college credit beyond what is needed for a BSE in a single teaching field. This additional time and cost can be a disincentive for some students.

**Recommendation:** Merge the program with the Physical Education program, resulting in a single program that prepares students for licensure in both areas.

**Justification for Recommendation**

As noted above, an increasing majority of Health Education classes in Kansas schools are being taught by Physical Educators. The Department of Health, Physical Education & Recreation believes that by combining the Health Education program with our Physical Education program, we can retain the most viable components of Health Education and ensure that our Physical Education students meet all expectations set forth by the State of Kansas for teaching Health Education.

## Music Teacher Education

Music Teacher Education was discontinued several years ago and merged with Music, General. Five-year average enrollment and graduation numbers still show some students who had not yet either completed Music Teacher Education and graduated, or transitioned to Music, General.

## Foreign Languages and Literatures, General

**Average number of majors:** 19
**Average number of graduates:** 6

**Faculty Profile**

*Number of faculty dedicated solely to the program:* Two faculty members in the Department of English, Modern Languages & Journalism are assigned to the Modern Languages program, with responsibility for teaching Core, Elective, and General Education courses. In addition, four Program Assistants assist in delivering instruction in Spanish, French, and German.

*Number of department faculty teaching core courses in the program:* 2
*Number of department faculty teaching elective courses in the program:* 2
*Number of department faculty teaching general education courses:* 10

**Program Narrative**

The Modern Languages Program awards two undergraduate degrees: the Bachelor of Science in Education and the Bachelor of Arts in Modern Languages with a concentration in Spanish. The program also offers a Minor in Modern Languages with a concentration in Spanish, German or French; and a Minor in Latin American Studies.

*Program founded:* The Modern Languages program was founded around 1921.

*The degree to which the program supports the university's mission, strategic plan, or goals:*
The program aligns directly with ESU's mission of *"preparing students for lifelong learning, rewarding careers, and adaptive leadership"* by producing bilingual professionals who are capable of leading in our bilingual country, both professionally and in their personal relationships. Our BSE prepares Spanish teachers who will teach in PK-12 Kansas schools. The BA prepares students for bilingual needs in business, economics, politics, non-profits and social services for our nation's multilingual workforce. The program supports ESU's strategic goal to *"become a model for diversity, equity, and inclusion"* by cultivating intercultural competencies, and by enrolling students from the Hispanic communities that comprise 27% of the Emporia population. ESU's vision is *"changing lives for the common good."* The program's

importance in actualizing this vision is underscored by the fact that the U.S. is the second largest Spanish speaking country. Demographics indicate that Spanish will be spoken by at least 30% of the U.S. population by 2050.

***Program productivity beyond number of majors:***  The Modern Languages program recently updated its curriculum, adding a Spanish Heritage Language course and adapting the placement test to correspond to curricular changes. By placing students at the appropriate intermediate level, they are able to complete the program in (8) eight semesters, taking only one Spanish course per semester. Hybrid and completely online sections of the Business and Medical Spanish courses are offered at all levels.  In this way, the program supports nursing students who double major and are working to meet the unprecedented need for bilinguals in the healthcare field. The program offers high-impact leaning opportunities such as domestic and international study abroad experiences (e.g., New Mexico and Colombia), faculty-mentored research, and contract courses through the Honors College. A number or recent publications were co-authored by students, demonstrating the program's commitment to high-impact applied learning.

***Cost effectiveness:***  The Modern Languages program operates efficiently and cost-effectively, generating significant net revenue for the university.

Direct Instructional Expenditures

| Source | FY 2020 |
|---|---|
| Salaries[1] | $ 213,230.53 |
| Benefits[2] | $  49,561.24 |
| Other Personnel Expenditures[3] | $   8,100.00 |
| Total | $ 270,891.77 |

Sources that Support the Program

| Source | FY 2020 |
|---|---|
| Tuition[1] | $ 382,027.26 |
| Fees[2] | $ 122,532.80 |
| State Funds | |
| Other Sources | |
| Total | $ 504,560.06 |

| | |
|---|---|
| Net Revenue (Loss) | $   233,668.29 |

***Employment demand (current and future):***  Current economic realities are such that "American employers are operating in an increasingly multilingual and multicultural economy in which 65 million U.S. residents

speak a language other than English (40 percent with limited or no English proficiency), and 96 percent of the world's consumers and two-thirds of its purchasing power reside outside of the U.S. borders." Significantly, "Eighty-five percent of U.S. employers say they're reliant on Spanish, making it by the far the most sought-after language."[1] Importantly, Spanish is the second most spoken language in the U.S., with over 50 million Spanish speakers; Spanish is the fourth most spoken language in the world with over 600 million speakers. ESU's Modern Languages program prepares future Kansas teachers, who are in critical demand in the State of Kansas and across the nation.

***Program strengths and weaknesses:***   The Modern Languages program's main strength lies in its adaptability and innovation, as demonstrated by the use of Program Assistants to facilitate online and hybrid instruction, by the revision of the curriculum, and by the development of new programming.  Learning objectives have been aligned with the ACTFL proficiency standards, and students' results are measurable and reportable. These innovations demonstrate the program's distinctiveness and have produced results. The program's main weakness is its small size and limited staffing, which restricts opportunities for student recruitment, programming, and growth.

**Recommendation:**  Continue the program.

**Justification for Recommendation**
Modern Languages' enrollment has trended upward in recent years, increasing from 16 majors (juniors and seniors only) in Fall 2016 to 20 in Fall 2020, with 8 graduated in AY20.  With an efficient instructional model, a popular minor (5-year average enrollment of 54), and healthy general education registrations, the program delivers good value and is a net revenue generator for the university.

## Biochemistry and Molecular Biology

**Average number of majors:**  20
**Average number of graduates:**  7

**Faculty Profile**

***Number of faculty dedicated solely to the program***:  None.  The Biochemistry and Molecular Biology program is offered jointly by the Department of Physical Sciences and the Department of Biological Sciences, with 17 faculty members from the two departments contributing.  All courses included in the curriculum are already taught for other programs, and all faculty who contribute to the interdisciplinary BMB have their primary assignments with other programs (e.g., undergraduate majors in Biology and Chemistry; graduate majors in Biology, Forensic Science, and the Chemistry Concentration in the Physical Sciences MS program; general education).  In addition, some of these faculty contribute to coursework and advising essential for pre-professional programs such as pre-pharmacy, pre-physical therapy, and pre-medicine.
***Number of department faculty teaching core courses in the program:***  11
***Number of department faculty teaching elective courses in the program:***  9

---

[1] American Council on the Teaching of Foreign Languages with the support of Pearson LLC and Language Testing International. (2019). "Making Languages Our Business: Addressing the Foreign Language Demand Among U.S. Employers." Retrieved from
https://www.scribd.com/document/411004208/Making-Languages-Our-Business#from_embed

*Number of department faculty teaching general education courses:* 20

**Program Narrative**

The interdisciplinary Biochemistry and Molecular Biology (BMB) program provides a curriculum designed to prepare students to pursue additional graduate study or employment in fields such as biotechnology, bioengineering, or biomedical research. It also represents an excellent choice of major for preparation for health-related professional programs such as medical school.

*Program founded:* The major was approved as a new program in 2003.

***The degree to which the program supports the university's mission, strategic plan, or goals:*** The BMB program has helped attract faculty who are excellent teachers, committed mentors and skilled researchers to the Department of Biological Sciences and the Department of Physical Sciences at Emporia State University. The program and its excellent faculty and facilities have in turn helped recruit excellent students to Emporia State University who have gone on to be doctors, dentists, pharmacists, laboratory researchers, and scholars at other universities. The program has thus fulfilled the University Mission to prepare students to be lifelong learners who attain rewarding careers and participate in adaptive leadership. These faculty and students have also exhibited the University's core values of excellence, respect, responsibility and service to Emporia State University, the City of Emporia and the State of Kansas. As a distinctive interdisciplinary program, the BMB has trained many young scientists who have entered the Kansas workforce in a number of important capacities. The program has contributed significantly to ESU's strategic goal of "*enhancing the competitive role of Kansas by enrolling, retaining, and graduating students ready for life and career.*"

***Program productivity beyond number of majors:*** Beyond just the numbers of high-achieving students and faculty that the program has helped bring to campus, it is important to note the impact graduates of the program's graduates. Two specific examples are Ryan and Jeff Kohlmeier. Ryan was a BMB major who graduated from ESU in 2007 and is now a dentist in Emporia. His younger brother Jeff was a BMB major who graduated from ESU in 2008 and is now an orthodontist with a practice in Manhattan. The faculty contributing to the program have active research programs that provide opportunities for students to engage in research. In AY2020 there were 13 publications and presentations deriving from faculty-led research. Nine of these included BMB majors as the primary presenter. BMB faculty also acquired $55,862 in new research grants and managed continuing grants totaling $473,085.

***Cost effectiveness:*** There are no faculty with primary assignment to the BMB program, and it has no direct instructional costs of its own. The program does, however, provide a key recruitment area into a high demand field of study. It also provides participating departments opportunities to seek and obtain external funding through sources such as K-INBRE (Kansas Idea Network of Biomedical Research) and NASA, just to name two that have subsidized our efforts to encourage undergraduate research.

Direct Instructional Expenditures

| Source | FY 2020 |
|---|---|
| Salaries[1] | $ 0 |
| Benefits[2] | $ 0 |
| Other Personnel Expenditures[3] | $ 0 |
| Total | $ 0 |

Sources that Support the Program

| Source | FY 2020 |
|---|---|
| Tuition[1] | $ 0 |
| Fees[2] | $ 0 |
| State Funds | |
| Other Sources | |
| Total | $ 0 |

| Net Revenue (Loss) | $ 0 |
|---|---|

***Employment demand (current and future):*** The demand for graduates from the program has in most years exceeded our ability to produce graduates. Data from the most recent Career Outcomes Survey of ESU BMB graduates (2018-2019) indicated a career outcome rate (employment + education) of 75%.

***Program strengths and weaknesses:*** One strength is that the program is truly interdisciplinary, allowing students to merge training and experiences from biology, microbiology, cell biology, immunology, chemistry, and biochemistry into a program that can be customized for their career goals. Another strength is the personal attention from faculty that provides mentorship and allows students in the program to participate in meaningful research while they are still undergraduates.

**Recommendation:** Continue the program.

**Justification for Recommendation**
The primary justification for continuing the program was mentioned earlier under cost-effectiveness. Since the faculty and facilities are already in place for other programs, there are no direct costs. Enhanced ability to recruit high-achieving students and to gain access to external funds to support these students' research projects are added benefits beyond cost-effectiveness.

**Physical Sciences General**

**Average number of majors:** 5
**Average number of graduates:** 4

**Faculty Profile**

*Number of faculty dedicated solely to the program:* None. The Physical Sciences (Science Grades 5-8) program, housed in the Department of Physical Sciences, is not a program or major in the usual sense. It has no faculty or courses of its own; all required courses are offered by other programs and taught by faculty members assigned to those programs. Its sole purpose is to provide secondary teacher education students majoring in Chemistry, Physics, and Earth Science an opportunity to obtain a second teaching licensure in Science Grades 5-8.
*Number of department faculty teaching core courses in the program:* Variable
*Number of department faculty teaching elective courses in the program:* No electives offered
*Number of department faculty teaching general education courses:* 14

**Program Narrative**
The Department of Physical Sciences offers three majors—Chemistry, Earth Science, and Physics. Secondary teaching licensure is offered in those three major areas, plus a fourth licensure in Science Grades 5-8 which is available only as an additional licensure option, not as a free-standing major. The department's teacher education students are required to earn two of the four licensures. Their first licensure area will be the field of their major (Chemistry, Earth Science, or Physics); some will choose Science Grades 5-8 as their second licensure. All four available licensure areas require a common core of physical sciences courses, the general education requirements common to all ESU secondary teacher preparation programs, and the education-specific curriculum of The Teachers College including student teaching. No courses or faculty are assigned to the program because the courses required for Sciences Grades 5-8 licensure are offered in other programs.

*Program founded:* Science Grades 5-8 teaching licensure was established by the Kansas Board of Education in 2001.

*The degree to which the program supports the university's mission, strategic plan, or goals:* Emporia State University's institutional vision is "changing lives for the common good"—an acknowledgment of the university's role in improving the lives of Kansans. ESU was founded as the Kansas State Normal School, and teacher education has remained central to the university's mission. The program supports Goal 3 of the university's Strategic Plan (*Enhance the competitive role of Kansas by enrolling, retaining, and*

*graduating students ready for life and career*) by preparing highly qualified, career-ready middle school science teachers who advance the well-being of today's youth and the development of tomorrow's citizenry.

***Program productivity beyond number of majors:***  While small, the program meets a need in Kansas school districts for licensed middle school science teachers.  Just as important, the program offers science education students the opportunity to supplement their primary teaching field with a second licensure, thereby enhancing their employability and their career prospects.

***Cost effectiveness:***  The Physical Sciences (Science Grades 5-8) licensure program is highly cost effective.  In fact, it is offered with no direct instructional costs of its own, since its requirements consist entirely of courses offered by other programs and taught by those programs' faculty members.

Direct Instructional Expenditures

| Source | FY 2020 |
|---|---|
| Salaries[1] | $ 0 |
| Benefits[2] | $ 0 |
| Other Personnel Expenditures[3] | $ 0 |
| Total | $ 0 |

Sources that Support the Program

| Source | FY 2020 |
|---|---|
| Tuition[1] | $ 0 |
| Fees[2] | $ 0 |
| State Funds | |
| Other Sources | |
| Total | $ 0 |

| Net Revenue (Loss) | $ 0 |
|---|---|

***Employment demand (current and future):***  Kansas school districts face a significant and worsening shortage of teachers licensed in Science Grades 5-8, which creates a high demand for the program's graduates.  Middle school science classes are often taught by teachers who lack licensure in that teaching field.

***Program strengths and weaknesses:***  The Physical Sciences (Science Grades 5-8) licensure program ensures that our students possess strong content knowledge, making them valuable assets for Kansas schools.  The program also benefits from ESU's reputation as one of the premier education preparation programs in the nation.  The high demand for middle school science teachers, coupled with the department's history of placing successful teachers in Kansas school districts, ensures excellent job prospects for program graduates.  This is a program that meets a real need in the State of Kansas.

An obstacle to higher enrollment is that earning licensure in a second teaching field requires a demanding and inflexible curriculum, a fact that can be a disincentive for some students.

**Recommendation:**  Continue the program.

**Justification for Recommendation**
Since its curriculum consists entirely of courses offered in other programs, there are no resources associated with Physical Sciences (Science Grades 5-8), and its discontinuance would result in no efficiencies.  While relatively few students pursue Science Grades 5-8 licensure, it should continue to be available as a valuable career option for science education students, and as an important service to school districts that struggle to find and hire qualified middle school science teachers.

### Chemistry, General

**Average number of majors:**  18
**Average number of graduates:**  9

**Faculty Profile**

***Number of faculty dedicated solely to the program***:  Eight faculty members in the Department of Physical Sciences have their primary assignment with the Chemistry program, but they also teach general education courses, courses for students in other undergraduate programs (Earth Science, Physics, Biochemistry & Molecular Biology, Biology, Nursing), and courses for graduate programs (Forensic Science, the Chemistry concentration for the MS in Physical Sciences). Some of the Chemistry program faculty also provide coursework and advising for pre-professional programs such as pre-pharmacy, pre-medicine, pre-physical therapy, pre-dentistry, pre-chiropractic, and pre-engineering.
***Number of department faculty teaching core courses in the program:***  8
***Number of department faculty teaching elective courses in the program:***  8
***Number of department faculty teaching general education courses:***  14

**Program Narrative**

Emporia State University

Chemistry is the science of understanding the structure of matter and the transformations that matter undergoes. Persons involved in chemistry-related professions are interested in discovering how they can help society fulfill its traditional material needs for improved clothing, shelter, and food, or how they can diagnose and treat physical ailments and afflictions associated with our technical age. Chemistry majors can complete the Bachelor of Arts (BA) degree, the Bachelor of Science (BS) degree, or the Bachelor of Science in Education (BSE) degree. Majors completing the BA can choose concentrations in Biochemistry or Environmental Chemistry. Majors completing a BS can choose to complete a curriculum approved by the Committee for Professional Training of the American Chemical Society. BSE students earn secondary education licensure in Chemistry. In addition, specific Pre-Med and Other Pre-Professional Programs curricular plans are available for students interested in careers in medicine, pharmacy, optometry, and engineering. Emporia State chemistry students have the opportunity and are encouraged to become members of the American Chemical Society (ACS).

*Program founded:* The major has existed in one form or another for more than 50 years.

*The degree to which the program supports the university's mission, strategic plan, or goals:* The Chemistry program has helped attract faculty who are excellent teachers, committed mentors and skilled researchers to the Department of Physical Sciences at Emporia State University. The program and its excellent faculty and facilities have in turn helped recruit excellent students to Emporia State University who have gone on to be doctors, dentists, pharmacists, laboratory researchers, and scholars at other universities. The program has thus fulfilled the University Mission to prepare students to be lifelong learners who attain rewarding careers and participate in adaptive leadership. These faculty and students have also exhibited the university's core values of excellence, respect, responsibility and service to Emporia State University, the City of Emporia and the State of Kansas. The Chemistry program has trained many young scientists who have entered the Kansas workforce in a number of important capacities. It has contributed significantly to our goal of "Enhancing the competitive role of Kansas by enrolling, retaining, and graduating students ready for life and career."

*Program productivity beyond number of majors:* Beyond just the numbers of high-achieving students and faculty that the program has helped bring to campus, it is important to note the impact of the program's faculty and graduates. The faculty have active research programs that attract external funding and provide opportunities for students in the program to engage in research. They have also been instrumental in the development of other collaborative programs such as our master's in Forensic Science. The impact of our graduates can be illustrated by the accomplishments of two of our recent chemistry graduates, Amber Harrouf and Claudia Jaimes. Both students were admitted to pharmacy school, graduated, and have returned to serve as pharmacists in Emporia or nearby communities.

*Cost effectiveness:* The Chemistry program is particularly cost effective for two reasons: 1) No Chemistry faculty members are devoted entirely to the Chemistry program. All faculty who participate in delivering the Chemistry curriculum also serve general education and other programs. 2) The Chemistry program has made it possible for the Department of Physical Sciences to seek and obtain external funding through sources such as K-INBRE (Kansas Idea Network of Biomedical Research) and NASA, just to name two that have subsidized our efforts to encourage undergraduate and graduate student research.

Direct Instructional Expenditures

| Source | FY 2020 |
|---|---|

| | |
|---|---|
| Salaries[1] | $ 328,114.84 |
| Benefits[2] | $ 113,847.21 |
| Other Personnel Expenditures[3] | $  16,400.00 |
| Total | $ 458,362.05 |

Sources that Support the Program

| Source | FY 2020 |
|---|---|
| Tuition[1] | $ 306,835.71 |
| Fees[2] | $ 146,514.50 |
| State Funds | |
| Other Sources<br>NASA Space Grant Program | $ 11,000.00 |
| Revenues from Private Donors Endowed Funds (Non-Scholarship) | $  3,633.00 |
| K-INBRE Grant | $ 28,000.00 |
| Total | $ 495,983.21 |

| | |
|---|---|
| Net Revenue (Loss) | $ 37,621.16 |

***Employment demand (current and future):***  The demand for graduates from the program has in most years exceeded our ability to produce graduates. According to the U.S. Bureau of Labor Statistics, "Overall employment of chemists and materials scientists is projected to grow 5 percent from 2019 to 2029, faster than the average for all occupations." The results from the most recent Career Outcomes Survey of ESU chemistry program graduates indicates a career outcome rate (employment + education) of 85.7%.

***Program strengths and weaknesses:***  One strength of the program is that it allows students to either focus on Chemistry and complete an American Chemical Society certified major program, or to pursue a more flexible curriculum with concentrations in environmental chemistry or biochemistry, or to earn secondary education licensure in Chemistry.  Another strength is the personal attention from faculty that provides mentorship and allows students in the program to participate in meaningful research while they are still undergraduates.

**Recommendation:**  Continue the program.

**Justification for Recommendation**
The Chemistry program is cost-effective, generating net revenue for the university.  The Chemistry faculty and facilities support many other programs (general education, Pre-Med, Biology, Biochemistry & Molecular Biology, Earth Science, Nursing, Pre-Pharmacy, Forensic Science, Pre-Chiropractic, Pre-Physical Therapy, Pre-Engineering, etc.).  In addition, no other program in the sciences supports such a breadth of study options, and few programs at the university are more successful in attracting high-achieving students and producing high-demand graduates.

**Geology/Earth Science General**

**Average number of majors:**  17
**Average number of graduates:**  9

**Faculty Profile**

*Number of faculty dedicated solely to the program*:  Four faculty members in the Department of Physical Sciences have their primary assignment with the Earth Science program, but they also teach courses for the M.S. in Physical Science, the M.S. in Informatics, the dual-degree Earth Science/Engineering Program, the Paleontology minor, and the Geospatial Analysis minor and graduate certificate, as well as general education courses.  In addition, one of the four faculty members serves as chair of the Department of Physical Sciences, and another directs the Johnston Geology Museum.

*Number of department faculty teaching core courses in the program:*  4
*Number of department faculty teaching elective courses in the program:*  4
*Number of department faculty teaching general education courses:*  14

**Program Narrative**
The Earth Science program emphasizes geology, but students also take coursework in specific sub-fields of the Earth Sciences.  The BA/BS curriculum was revised last academic year to create more flexibility, with a core focused on geology and concentrations that allow students to select electives in areas of interest or for career preparation. Current available concentrations are: Atmospheric Science, Environmental Geology, Physical Geology and Soil Science. The BA/BS curriculum also requires either coursework in an allied discipline (e.g., statistics, biology, chemistry, computer science, geography, geoinformatics, mathematics, physics, physical sciences) or a minor approved by the student's advisor (e.g., biology, chemistry, geography, geospatial analysis, mathematics, paleontology, physics).  Students completing the BSE (Bachelor of Science in Education) curriculum earn secondary education licensure in Earth-Space Science.

*Program Founded:*  The earth science major was founded around 1973.

*The degree to which the program supports the university's mission, strategic plan, or goals:* The Earth Science program and its excellent faculty and facilities (e.g., Johnston Geology Museum, Aber Geospatial Analysis Computer Lab) have helped recruit high-achieving students to Emporia State University who have gone on to be professional geologists, environmental scientists, high school science teachers, private consultants, business owners, and private sector scientists working in fields ranging from the petroleum industry to geospatial analysis to investment banking.  Earth Science program graduates contribute to the

Emporia State University                                                                                                    15

Kansas science workforce through their employment with the Kansas Department of Health and Environment, the Kansas Corporation Commission, the Kansas Department of Transportation, the Kansas Water Office, the Kansas Geological Survey, the U.S. Department of Agriculture, the U.S. Geological Survey, and the U.S. Environmental Protection Agency (EPA). Our graduates also work for, and in some cases own, private environmental consulting and oil exploration businesses in Kansas. The Earth Science program has thus fulfilled the University Mission to prepare students to be lifelong learners who attain rewarding careers and participate in adaptive leadership. These faculty and students have also exhibited the University's core values of excellence, respect, responsibility and service to Emporia State University, the City of Emporia, the State of Kansas, and beyond. The Earth Science program has trained many young scientists who have entered the Kansas workforce in a number of important capacities. It has contributed significantly to the university's strategic goal of *"enhancing the competitive role of Kansas by enrolling, retaining, and graduating students ready for life and career."*

***Program productivity beyond number of majors:*** The Earth Science program's graduates have had a significant impact on the scientific workforce at the community, state of Kansas, and national levels. Examples include: 1) Kyle Halverson, who is a professional geologist serving as the Chief Geologist at the Kansas Department of Transportation; 2) Elizabeth Hagenmaier (Coffey) who works as a Project Manager for the Environmental Protection Agency (EPA) Region 7 Office in Olathe, Kansas. Liz was recently recognized as the EPA National Project Manager of the year for 2019 and as a 2020 Outstanding Recent Graduate for Emporia State University; 3) Justin Abel, who works at the U.S. Geological Survey office in Lawrence, Kansas as a hydrologist; 4) Logan Smith, Jesse Higginbotham, Katy Schwinghamer, Everett Spellman, Dane Boring, Brian Madeira, Kevin Faurot, and Lacey Laird work in various capacities at the Kansas Department of Health and Environment. They are all graduates of our undergraduate Earth Science program and are just a few of the more than 15 scientists who work for that agency and earned academic credentials from Emporia State University.

***Cost effectiveness:*** The Earth Science program is efficient, operating with only three full-time faculty members plus one half of the Department Chair's work assignment. With those limited resources, the program delivers the undergraduate major (including the teaching licensure option), the Geospatial Analysis minor and graduate certificate, the Geoinformatics concentration in the M.S. Informatics program, and the Earth Science concentration in the M.S. Physical Science program, as well as physical science general education courses—all while generating net revenue for the university.

Direct Instructional Expenditures

| Source | FY 2020 |
|---|---|
| Salaries[1] | $ 230,687.97 |
| Benefits[2] | $ 86,205.33 |
| Other Personnel Expenditures[3] | $  8,200.00 |
| Total | $ 325,093.30 |

Sources that Support the Program

| Source | FY 2020 |
|---|---|
| Tuition[1] | $ 361,349.02 |
| Fees[2] | $ 152,914.90 |

Emporia State University                                                                                                      16

| | |
|---|---|
| State Funds | |
| Other Sources | |
| NASA Space Grant Program | $   4,000.00 |
| Revenues from Private Donors Endowed Funds (Non-Scholarship) | $   4,033.00 |
| | |
| Total | $ 522,296.92 |

| | |
|---|---|
| Net Revenue (Loss) | $ 197,203.62 |

**Employment demand (current and future):** The U.S. Bureau of Labor Statistics projects that the demand for geoscientists will grow five percent faster than the average for all occupations from 2019 to 2029, with a median annual pay rate of $92,040 in 2019. Data from the most recent Career Outcomes Survey of ESU graduates (2018-2019) indicated a career outcome rate for Earth Science program graduates (employment + education) of 75%.

**Recommendation:** Continue the program.

**Justification for Recommendation:**
Strengths of the Earth Science program include its cost-effectiveness (as evidenced by the net revenue generated), the strong job outlook for its graduates, and the recent changes that have made the program's curriculum more flexible and thus more appealing to students with varied career goals. These three factors should increase the potential for enrollment growth and support the continued production of career-ready geoscience graduates.

**Physics, General**

**Average number of majors:**  12
**Average number of graduates:**  7

**Faculty Profile**

***Number of Faculty Dedicated Solely to the Program*:**  Three faculty members in the Department of Physical Sciences have their primary assignment with the Physics program, but they also teach general education courses as well as courses for students in other undergraduate programs (Chemistry, Earth Science, Biochemistry & Molecular Biology, Biology). In addition, Physics program faculty teach courses for our Pre-Engineering and dual-degree Engineering programs and contribute to the University Honors College.

***Number of Faculty Teaching Core Courses: 4***
***Number of Faculty Teaching Elective Courses in the Program: 4***

*Number of Faculty Teaching General Education Courses: 14*

**Program Narrative**

*Description*: The Physics program of study is flexible, permitting students to achieve a certain degree of specialization, but also requiring significant experience in theory, experimentation and computation. Students are required to complete an experimental capstone project in the final year of the program. In addition to the physics courses, students develop a solid background in mathematics, computer science, and chemistry, which provides many career options. Physics majors can complete the Bachelor of Arts (BA) degree, the Bachelor of Science (BS) degree, or the Bachelor of Science in Education (BSE) degree. The BA and BS in Physics provide an excellent foundation for physics-based careers such as medical physics or computational science, and also prepare students for graduate study in one of the many areas of experimental or theoretical physics. BSE students earn secondary education licensure in Physics. Specific recommended curricular plans are available for students who wish to obtain a baccalaureate degree in physics while simultaneously preparing for employment or further education in an allied field, e.g., engineering, geophysics, medicine, or computer science.

*Program founded:* The major has existed in one form or another for more than 50 years.

*The degree to which the program supports the university's mission, strategic plan, or goals:* The Physics program has helped attract faculty who are excellent teachers, committed mentors and skilled researchers to the Department of Physical Sciences at Emporia State University. The program and its excellent faculty and facilities have in turn helped recruit excellent students to Emporia State University who have gone on to be engineers, doctors, laboratory researchers, medical physicists, and Ph.D.-level scholars at other universities. The program has thus fulfilled the University Mission to prepare students to be lifelong learners who attain rewarding careers and participate in adaptive leadership. These faculty and students have also demonstrated the University's core values of excellence, respect, responsibility and service to Emporia State University, the City of Emporia and the State of Kansas. The Physics program has trained many young scientists who have entered the Kansas workforce in a number of important capacities. It has contributed significantly to our goal of "Enhancing the competitive role of Kansas by enrolling, retaining, and graduating students ready for life and career."

*Program productivity beyond number of majors:* Beyond just the numbers of high-achieving students and faculty that the program has helped bring to campus, it is important to note the impact of the program's graduates on the scientific workforce at the community, state of Kansas, and national levels. Examples include: 1) Josh Unruh, who graduated with a BS in Physics major in 2014 and now works for ValueNet, a telecommunications company in Emporia, Kansas. Josh was also recently accepted into an online M.S. in Computer Science program at Georgia Tech University; 2) Isaac Hall, who graduated from Emporia State in 2018 with a Physics major and from Kansas State University in 2019 with a degree in Mechanical Engineering. Isaac now works as an engineer at the Wolf Creek Nuclear Operating Corporation facility in Burlington, Kansas; 3) Lizeth Magana, who graduated from Emporia State University with a Physics major in 2016. Lizeth is now in a Ph.D. program at the University of Texas at San Antonio's Southwest Research Institute.

*Cost effectiveness:* While the Physics program does not generate net revenue for the university, it does operate efficiently. No Physics faculty members are devoted entirely to the Physics program. All faculty who participate in delivering the Physics curriculum also serve general education and other programs. The

Physics program has also made it possible for the Department of Physical Sciences to seek and obtain external funding through sources such as the U.S. Department of Agriculture and NASA, just to name two that have subsidized our efforts to encourage undergraduate and graduate student research.

Direct Instructional Expenditures

| Source | FY 2020 |
|---|---|
| Salaries[1] | $ 171,929.98 |
| Benefits[2] | $ 57,802.38 |
| Other Personnel Expenditures[3] | $ 7,850.00 |
| Total | $ 237,582.36 |

Sources that Support the Program

| Source | FY 2020 |
|---|---|
| Tuition[1] | $ 96,405.12 |
| Fees[2] | $ 47,567.40 |
| State Funds | |
| Other Sources<br>NASA Space Grant Program | $ 4,000.00 |
| Revenues from Private Donors Endowed Funds (Non-Scholarship) | $ 933.00 |
| Total | $ 148,905.52 |

| Net Revenue (Loss) | $ (88,676.84) |
|---|---|

***Employment demand (current and future):*** The demand for graduates from the Physics program has in most years exceeded our ability to produce graduates. According to the U.S. Bureau of Labor Statistics, "Overall employment of physicists and astronomers is projected to grow 7 percent from 2019 to 2029, faster than the average for all occupations." Data from the most recent ESU Career Outcomes Survey (2018-2019) indicates a career outcome rate for physics majors (employment + education) of 100%.

***Program strengths and weaknesses:*** One strength of the program is that it allows students to study Physics in a flexible program that can focus on theoretical physics, robotics, or on preparation for a teaching career or for a professional engineering program. Another strength is the personal attention from faculty that provides mentorship and allows students in the program to participate in meaningful research while they are still undergraduates. The Physics faculty and facilities (e.g., the Peterson Planetarium) support many other university programs (general education, Biology, Biochemistry & Molecular Biology, Earth Science, Pre-Engineering, dual-degree Engineering). The program produces graduates in engineering in partnership with Kansas State University, the University of Kansas and Wichita State University.

**Recommendation:**   Additional review in Spring 2021, as ESU undertakes a comprehensive budget reduction process.

**Justification for Recommendation**
Although the Physics program operates at low cost, supports many other university programs, and contributes to the science workforce in Kansas, its viability must also be assessed in the broader context of limited institutional resources.

## Econometrics and Quantitative Economics

**Average number of majors:**  16
**Average number of graduates:**  9

**Faculty Profile**

*Number of faculty dedicated solely to the program:*   Two faculty members in the Department of Mathematics and Economics are assigned to the Economics program; for one the program is the primary assignment, and for the other it is a secondary assignment.  Both teach core and elective courses in the program, plus general education courses.  Additional core and elective courses are taught by faculty members in the Department of Mathematics and Economics and the Department of Business Administration whose primary assignments are with other programs.

*Number of department faculty members teaching core courses in the program:*  4
*Number of department faculty members teaching elective courses in the program:*  4
*Number of department faculty members teaching general education courses:*  4

**Program Narrative**
The Economics program offers the Bachelor of Science degree through a curriculum designed to develop critical and analytical thinking in a focused program of study. The core of the program includes a broad-based exposure to economics followed by courses in intermediate microeconomics, intermediate macroeconomics, and statistics. Beyond the core, students take additional advisor-approved electives in economics and related areas.  High-impact, active learning opportunities are common, with a special focus on applied mentored research relevant to Kansas.

*Program founded:*  Economics was established as a department in 1908 (*ESU Archives*).

*The degree to which the program supports the university's mission, strategic plan, or goals:*  The Economics program aligns with ESU's mission by embedding Kansas Leadership Center principles and competencies throughout the program starting in the first year.  The program supports the university's strategic plan through its distinctiveness and through its commitment to diversity, equity & inclusion.  The Economics program's distinctiveness lies in the fact that it is the only Kansas economics program designated as a STEM program by the U.S. Department of Education.  This distinctiveness seems attractive to economists; more than 180 candidates applied for a faculty opening four years ago, and all five of the finalists were from underrepresented groups.  The Economics program is a model of diversity, equity & inclusion. Between 2010 and 2019 the program graduated exactly 100 students; 48 were white and 37 were female, which illustrates greater diversity than is typical.
*Program productivity beyond numbers of majors:*  Economics courses are a key component of general education at ESU, and they also serve as support courses for other majors.  Economics faculty members are

highly productive scholars. Economics-related books, academic journal articles, presentations at professional conferences, and the like average over 5 per year per department economics faculty member. The ResearchGate score of 28.67 for the program's senior faculty member is higher than that of 87.5% of all ResearchGate members worldwide. The Economics program is highly engaged both on campus and externally. The program's faculty-directed ESU Center for Economic Education is the preeminent leader in Kansas, and ranks highly nationally, in training K-12 educators to teach economics and personal finance. The national Council for Economic Education (CEE) reports that over the past 5 years, the Center offered 108 Econ Ed activities involving 3,068 participants. ESU Economics heads the American Democracy Project (ADP) and helped ESU achieve the highest registration & voting rates in Kansas in the 2016 and 2018 elections. The program collaborates with many external partners in government, industry, and the community; for example, the Federal Reserve Bank of St. Louis invited ESU to replace the University of Colorado-Boulder as their exclusive provider of economics courses for professional development. Other partners include the Federal Reserve Bank of Kansas City, KCEE, national CEE, KSDE, Healthier Lyon County, ALL-IN Campus Democracy Challenge, and Money $mart Kansas.

*Cost effectiveness:* The program is highly cost effective and is a net revenue generator for ESU.

Direct Instructional Expenditures

| Source | FY 2020 |
|---|---|
| Salaries[1] | $ 76,894.87 |
| Benefits[2] | $ 48,448.82 |
| Other Personnel Expenditures[3] | $ 2,000.00 |
| Total | $ 127,343.69 |

Sources that Support the Program

| Source | FY 2020 |
|---|---|
| Tuition[1] | $ 183,687.08 |
| Fees[2] | $ 53,738.15 |
| State Funds | |
| Other Sources | |
| Total | $ 237,425.23 |

| | |
|---|---|
| Net Revenue (Loss) | $ 110,081.54 |

*Employment demand (current and future):* Demand for economists in the job market is very strong. Over the past three years, approximately 58% of reporting graduates from the Economics program accepted professional jobs related to economics, while 37% pursued additional education (i.e., 95% placement rate).

Many graduates have served in the Kansas public sector in high-demand technical jobs (e.g., analysts at the KCC-*Utility Rates*, KS Departments of Revenue and Aging).

*Program strengths and weaknesses:*  The Economics program's greatest strength is its ability to attract capable and motivated students, graduate them on time, and place them in high-quality jobs.  ACT linkage studies indicate that 14% of ESU Economics majors came with ACT math and quantitative reasoning scores in the top 10%; by their junior/senior year at ESU, 46% were in the top 10% in the nation on the ACT-CAAP (i.e., the advanced ACT test for college juniors).  Average time to completion for Economics majors is 3.9 years, despite the fact that some progress more slowly after accepting attractive job offers prior to graduation.  According to KBOR data, ESU Economics starting salaries are the highest among economics graduates of all Kansas public universities.  After graduation 82% of ESU economics graduates are employed in the region, which is also the highest in Kansas.  Over $82,000 came to the ESU Center for Economic Education in external grant funding since 2017 (from the Kansas Council for Economic Education and the national CEE).

The program's primary weakness is its small size, which limits the scope of its curricular offerings and programming.

**Recommendation:**  Continue the program.

**Justification for Recommendation:**  The Economics program has high student success rates, externally documented high-level outcomes, and is highly diverse. It aligns exceedingly well with the university's mission and strategic plan and adds value beyond the major and the ESU campus (e.g., graduates stay and serve in Kansas; the Center for Economics Education, which is the preeminent leader in training Kansas K-12 educators to teach economics and personal finance). In addition to high quality, the program offers good value and generates net revenue, due in part to the prevalence of general education courses in the faculty's teaching assignments.  While the program's 5-year average upper-division headcount does not meet the minimum threshold, its most recent 5-year average for completions (54 graduates in 5 years = 10.8 graduates/year) does meet the KBOR minimum.

### Political Science and Government, General

**Average number of majors:**  16
**Average number of graduates:**  7

### Faculty Profile

*Number of Faculty Dedicated Solely to the Program:*  Three full-time faculty members are assigned exclusively to the Political Science program in the Department of Social Sciences, one of whom teaches a reduced load as department chair.  In addition to teaching core and elective courses in the program, the three faculty members teach courses for general education, for the Interdisciplinary Studies program, for the MA in History, and for minors including Legal Studies, National Security, and Public Administration. Political Science faculty also support the BSE in Social Sciences Education, which serves Political Science and History majors seeking teacher licensure.
*Number of department faculty teaching core courses in the program:*  3
*Number of department faculty teaching elective courses in the program:*  3
*Number of department faculty teaching general education courses:*  18

### Program Narrative

***Program founded:*** The Political Science program has been at ESU since 1947, according to ESU Libraries and Archives.

***The degree to which the program supports the university's mission, strategic plan, or goals:*** The program exemplifies the University's vision of *"changing lives for the common good"* through its emphasis on applied learning and high-impact learning experiences for students. The Political Science program advances Goal 2 of the university's strategic plan to "enrich the student experience with opportunities for leadership development and practice" through its emphasis on internships and practicums.

***Program productivity beyond number of majors:*** The five-year (2014-2018) average number of Political Science majors is 37, including **16** juniors and seniors, while the five-year average number of graduates is **7**. Student recruitment and retention efforts have resulted in a significant increase in program graduates, from 5 in 2016 to 15 in 2019. For the last two years (2018 and 2019), the number of political science graduates has met the KBOR target. It is important to note that 80-90 additional Political Science and History students are typically enrolled in the BSE program in Social Sciences Education, and while technically they do not count as enrollees in either content program, for all practical purposes they are Political Science or History majors.

***Cost effectiveness:*** The program is efficient and cost-effective, generating net revenue for the university.

Direct Instructional Expenditures

| Source | FY 2020 |
|---|---|
| Salaries[1] | $ 193,762.60 |
| Benefits[2] | $ 59,445.94 |
| Other Personnel Expenditures[3] | $ 1,929.00 |
| Total | $ 255,137.54 |

Sources that Support the Program

| Source | FY 2020 |
|---|---|
| Tuition[1] | $ 228,494.82 |
| Fees[2] | $ 80,709.85 |
| State Funds | |
| Other Sources | |

| | |
|---|---|
| Total | $ 309,204.67 |

| | |
|---|---|
| Net Revenue (Loss) | $    54,067.13 |

***Employment demand (current and future):*** Structured around career tracks, the BA and BS in Political Science serve both professional needs and the needs of a liberal arts education. While the program is designed to meet a variety of specific employment goals, including those in teaching, business, and government agencies, its graduates are not limited to a specific kind of work. They are broadly employable due to the program's emphasis on the development of critical thinking, communication, and problem-solving skills. The program also serves as excellent preparation for graduate and professional training in such fields as law, public administration, and government relations.

***Program strengths and weaknesses:*** The Political Science program fosters leadership development and the application of knowledge through meaningful internship experiences. Specific examples include three interns in Washington, DC since 2015, with two in Congress and one at the Organization of American States. Political Science students also intern regularly at the Kansas Legislature (including one for Senate President Susan Wagle in 2018) and in the Emporia City Manager's Office. Political Science faculty members are highly productive scholars. Dr. Phil Kelly's most recent book, *Classical Geopolitics,* was published by Stanford in 2016. Dr. Kelly has won a summer research grant to conduct research with students every year since 2014, resulting in numerous co-authored publications. Dr. John Barnett has won two Fulbright awards to support his research on Vietnamese agriculture, and he serves as a Fulbright reviewer for grant applications. Dr. Michael Smith served as lead author for the 2019 book *Low Taxes and Small Government*, co-authored with two ESU colleagues. He also served as lead author for the 2014 book *State Voting Laws in America*. He is also co-chair of KBOR's TAAC Core Outcomes for political science. Faculty members are also deeply involved in civic engagement activities such as Dr. Kelly's service on the Mackinder Forum and Drs. Barnett and Smith's service on the Advisory Board of the Olathe School District's Civic Leadership Academy.

**Recommendation:** Continue the program.

**Justification for the Recommendation**
With only three full time faculty members, one of whom also serves as the chair of a large interdisciplinary department, the Political Science program operates at low cost and generates net revenue for the university. Approximately one half of the faculty's teaching assignments comprise general education courses. The program's upper-division core and elective courses serve not only Political Science majors, but also BSE-Social Sciences Education majors, Interdisciplinary Studies majors, numerous minors, and graduate students. If the major in Political Science were discontinued, most of these courses would still have to be offered.
As noted above, enrollment in the Political Science program is actually quite healthy if BSE students, counted separately for technical reasons, are taken into account.

**Drama and Dramatics/Theatre Arts, General**

**Average number of majors:**  24
**Average number of graduates:**  7

**Faculty Profile**

*Number of faculty dedicated solely to the program:*  Five full-time faculty members in the Department of Communication & Theatre are assigned primarily to the Theatre program, plus two full-time staff members (costume shop manager & technical director) who also serve as part-time faculty. All Theatre faculty members teach the program's core and elective courses, which also support the Speech/Theatre BSE option for theatre and communication students seeking teacher licensure. All five regular faculty members also teach the program's general education course.
*Number of department faculty teaching core courses in the program:*  7
*Number of department faculty teaching elective courses in the program:*  7
*Number of department faculty teaching general education courses:*  5

**Program Narrative**
The Theatre program offers two degree options.  The Bachelor of Arts curriculum provides a broad liberal arts experience and an introduction to major facets of theatre performance, production, design, history and literature.  The BA is applicable to a wide array of careers and prepares students for graduate study in theatre and related fields.  The Bachelor of Fine Arts curriculum provides intense preparation for students desiring to become competent and knowledgeable professionals in all areas of theatre.  All Theatre majors are required to audition for productions and to contribute to all productions, either as cast members or as production crew.

*Program founded*:  Theatre productions were part of Kansas State Normal School as early as 1913, making this one of the oldest theatre programs in the country. The department was reorganized as the Department of Speech in 1926. Currently the Theatre program is part of the Department of Communication and Theatre.

*The degree to which the program supports the university's mission, strategic plan, or goals:* The Theatre program supports ESU's mission's emphasis on lifelong learning and rewarding careers through its commitment to the liberal arts as an expression of culture and a pathway to personal growth, and through its development of knowledge and skills required for the professional practice of theatre.  The Theatre program supports the goals of ESU's strategic plan in multiple ways: 1) The goal of distinctive initiatives in curricula is supported by unique, specialized paths within the BFA.  2) The goal of graduating students ready for life and career is supported by the program's success in preparing the next generation of theatre scholars, artist-educators, performers, and designers.  3) The goal of diversity, equity, and inclusion is supported by the program's emphasis on programming that confronts the complex dynamics of contemporary culture and helps spectator, practitioner, and student better appreciate our similarities and respect our differences.

*Program productivity beyond number of majors:*  ESU Theatre is one of the most visible and valued aspects of the university's outreach to the community.  The program's productions attract audience members from the local community, from across the state of Kansas, and from more than a dozen different states.  During the truncated 2019-2020 season, 2356 people attended productions, more than half of whom were non-students.

*Cost effectiveness:*  The Theatre program is relatively expensive due to the non-standard instructional modes and high overhead typical of Theatre instruction.  However, the program generates revenue through

ticket sales, sales of advertisements in programs, and costume rentals. The program also actively solicits Theatre Guild members, alumni, and friends of the program to support student scholarships. This academic year, 24 students, both majors and non-majors, are being provided scholarships through these donations.

Direct Instructional Expenditures

| Source | FY 2020 |
|---|---|
| Salaries[1] | $ 364,632.39 |
| Benefits[2] | $ 150,233.48 |
| Other Personnel Expenditures[3] | $ 17,261.00 |
| Total | $ 532,126.87 |

Sources that Support the Program

| Source | FY 2020 |
|---|---|
| Tuition[1] | $ 164,784.99 |
| Fees[2] | $ 73,396.65 |
| State Funds | |
| Other Sources | |
| Productions - Ticket Sales | $ 42,859.00 |
| Performing Arts Board | $ 50,180.00 |
| Revenues from Private Donors Endowed Funds (Non-Scholarship) | $ 9,400.00 |
| Total | $ 340,620.64 |

| Net Revenue (Loss) | $ (191,506.23) |
|---|---|

***Employment demand (current and future):*** The Theatre program trains students for various careers, including as actors, directors, set designers, lighting and sound designers, and stage managers. Greater diversity of entertainment media and venues and the rise of internet-only platforms have increased employment demand for many of these careers. According to the US Bureau of Labor Statistics, the demand for actors is projected to grow 3% from 2019 to 2029, which is on par with all other occupations.

Employment of producers and directors is expected to grow 10%, which is "much faster than the average for all occupations." The outlook for broadcast and sound engineering technicians is expected to grow 9%.

***Program strengths and weaknesses:***  The Theatre program is known for its high-quality productions, excellent student performances, and successful alumni. The seven-state regional Kennedy Center American College Theatre Festival offers examples as evidence: This past year, eight ESU Theatre students were selected to participate in the Irene Ryan acting auditions, seven won awards at the final awards ceremony, and costumes from *Romeo & Juliet* were selected to participate in the costume parade. ESU Theatre alumni work at a variety of professional companies, attend(ed) graduate schools, and teach at universities and secondary schools around the country. As recently as 2019, alumnus Robbie Young received ESU's Distinguished Alumni Award.

The program's primary weaknesses are related to resources and staffing, with the current lack of a faculty costume designer as a particular limitation. Post-graduation tracking of alumni needs to improve in order to more effectively recruit students and build the program's brand.

**Recommendation:**  Continue the program, but with additional review of its costs and funding as a part of ESU's comprehensive budget reduction process in Spring 2021.

**Justification for Recommendation**
The Theatre program's 5-year average enrollment of 24 juniors and seniors is only one student short of the KBOR minimum of 25. But the program's enrollment is actually higher than that; theatre students pursuing the Speech/Theatre BSE for teacher licensure are counted as Communication majors for the purposes of Program Review. The Theatre program also plays a central role in the university's outreach mission and supplies a key component of the campus's and community's cultural life. While the program's quality and contributions are well established, its expense prompts further assessment in the broader context of the university's budget challenges.

## History, General

**Average number of majors:**  24
**Average number of graduates:**  12

**Faculty Profile**

***Number of faculty dedicated solely to the program:***  Five full-time faculty members are assigned to the History program in the Department of Social Sciences. The five faculty members generally teach two general education courses per semester, which also serve as core courses for the major. Each of them teaches one upper-division course each semester, which counts as a core or elective course for the major and for the BSE in Social Sciences Education, which serves History and Political Science majors seeking teacher licensure. Finally, each faculty member teaches one online graduate course per semester to support the growing, online MA in History program. Several undergraduate course sections are available online each semester, which serves not only History and BSE-Social Sciences Education majors but also students in the Interdisciplinary Studies and Ethnic & Gender Studies programs.

***Number of department faculty teaching core courses in the program:***  5

*Number of department faculty teaching elective courses in the program:* 5
*Number of department faculty teaching general education courses:* 18

**Program Narrative**

*Program founded:* The History program has been at ESU since 1947, according to ESU Libraries and Archives.

*The degree to which the program supports the university's mission, strategic plan, or goals:*
Consistent with the university's mission of *"preparing students for lifelong learning, rewarding careers, and adaptive leadership,"* the History program offers an education that is practical and widely applicable due to its emphasis on the development of critical thinking, communication, and problem-solving skills. The wide availability of high-impact learning opportunities such as internships and faculty-mentored student research supports Goal 1 of ESU's Strategic Plan, *"Pursue distinctive initiatives in curricula and programs."*

*Program productivity beyond number of majors:* The five-year (2014-2018) average number of undergraduate History majors was **40**, including **24** juniors and seniors, one student short of the KBOR headcount minima. *However, the AY 2020 headcount was 25, which meets the minimum standard.* The 2014-2018 average number of graduates was **13**, which exceeded the KBOR target. It is important to note that 80-90 additional History and Political Science students are typically enrolled in the BSE program in Social Sciences Education, and while technically they do not count as enrollees in either content program, for all practical purposes they are History or Political Science majors.

*Cost effectiveness:* The History program operates efficiently and cost-effectively, generating significant net revenue for the university.

Direct Instructional Expenditures

| Source | FY 2020 |
|---|---|
| Salaries[1] | $ 297,627.97 |
| Benefits[2] | $ 82,467.81 |
| Other Personnel Expenditures[3] | $ 2,571.00 |
| Total | $ 382,666.78 |

Sources that Support the Program

| Source | FY 2020 |
|---|---|
| Tuition[1] | $ 702,713.86 |
| Fees[2] | $ 273,084.60 |
| State Funds | |



| | |
|---|---|
| Other Sources | |
| Total | $ 975,798.46 |

| | |
|---|---|
| Net Revenue (Loss) | $  593,131.68 |

***Employment demand (current and future):***  The BA and BS in History prepare students for a wide variety of careers in which a broad liberal arts background is essential, including many within private business and government agencies.  Since graduates are not limited to a specific kind of work, they are broadly employable, with good career prospects in any healthy economy.  The program also serves as excellent preparation for graduate and professional training in such fields as law, history, museum and archival studies, library science, and journalism.

***Program strengths and weaknesses:***  The History program's curriculum emphasizes not only book-based learning, but also the use, care, and interpretation of primary sources and the availability of attractive internships in archival and museum techniques.  One student's 2019 internship at the Smithsonian Air and Space Museum is a notable example.  Carefully crafted rubrics have been developed to ensure proper measurement of student learning, and the History faculty strongly emphasize writing skills throughout the curriculum. The ESU Office of Institutional Effectiveness recognized the program by awarding it the "With Excellence" designation for student outcomes assessment in 2019.   History faculty members are highly productive scholars.  Their accolades and honors include the following examples:

- Dr. Chris Lovett won the 2019 Edgar Langsdorf Award for Excellence from the Kansas State Historical Society for his work on Samuel Crumbine.
- Dr. Greg Schneider, ESU's 2019 Roe R. Cross Distinguished Professor, wrote the book *Rock Island Requiem,* positively reviewed in the *Wall Street Journal.* He also served recently as President of the Faculty.
- Dr. Màire Johnson recently served as President of the American Society of Irish Medieval Studies.
- Dr. Amanda Miracle won the Schillinger award for service to ESU women in 2017.

The History program's faculty and students are highly engaged with the university and the broader public. The ESU Veterans' Roundtable is hosted by the History faculty, and at this time the leadership of the Student Veterans Association are all students in the Department of Social Sciences.  The Department's annual Constitution Day celebration draws over 500 students from across Kansas, and to our knowledge is one of the largest Constitution Day celebrations in the U.S.

**Recommendation:**  Continue the program.

**Justification for Recommendation**

With only five full-time faculty members, the History program operates efficiently and produces net revenue for the university.  Approximately one half of the faculty's teaching assignments comprise general education courses.  The program's upper-division core and elective courses serve not only History majors, but also BSE-Social Sciences Education majors and Interdisciplinary Studies majors, while graduate courses taught by these same faculty members serve the online MA in History program.  If the undergraduate major in History were discontinued, most of these courses would still have to be offered.
As noted above, enrollment in the History program is actually quite healthy if BSE students, counted separately for technical reasons, are taken into account.