**2022 KBOR Databook Table B, p. 130**

| | State General Fund ($M) | Tuition ($M) | Restricted Use ($M) | Total Operating Income ($M) |
|---|---|---|---|---|
| 2017 | $30.8M | $28.5M | $30.M | $89.3M |
| 2018 | $31.M | $27.5M | $30.M | $88.5M |
| 2019 | $31.6M | $27.2M | $30.2M | $89.M |
| 2020 | $33.6M | $26.8M | $32.4M | $92.8M |
| 2021 | $32.7M | $23.7M | $43.8M | $100.2M |



Emporia State University Operating Revenues by Source 2017 - 2021
(Source: 2022 KBOR Databook)

**Exhibit 8**



It is the opinion of the State of Kansas Conference of the American Association of University Professors that:

# 2. Termination Decision Flawed

## 2.3 Termination Decision is Capricious and Unjustified

### "Low Enrollment" Claim Unsupportable



Emporia State University Enrollment 2017 - 2021

| Year | Total | Graduate | Undergraduate |
|------|-------|----------|---------------|
| 2017 | 7160  | 3121     | 4039          |
| 2018 | 6987  | 3023     | 3964          |
| 2019 | 7177  | 3235     | 3942          |
| 2020 | 7240  | 3462     | 3778          |
| 2021 | 7245 (+1.2%) | 3785 | 3460       |

Source: 2022 KBOR Databook

STATE UNIVERSITY DATA BOOK
January 2022

KBOR Databook 2022 p. 126

Case 5:23-cv-04056 Document 1-8 Filed 07/12/23 Page 3 of 4



It is the opinion of the State of Kansas Conference of the American Association of University Professors that:

# 2. Termination Decision Flawed



STATE UNIVERSITY DATA BOOK

January 2022

## 2.3 Termination Decision is Capricious and Unjustified

### "Extreme Financial Pressures" Claim Unsupportable



Emporia State University Operating Revenues by Source 2017 - 2021

| Academic Year | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| Total | $89.3M | $88.5M | $89.0M | $92.8M | $100.2M (+12.2%) |
| Restricted Use | $30.M | $30.M | $30.2M | $32.4M | $43.8M |
| Tuition | $28.5M | $27.5M | $27.2M | $26.8M | $23.7M |
| State General Fund | $30.8M | $31.M | $31.6M | $33.6M | $32.7M |

Source: 2022 KBOR Databook



3

It is the opinion of the State of Kansas Conference of the American Association of University Professors that:

# 2. Termination Decision Flawed

STATE UNIVERSITY DATA BOOK
January 2022

## 2.3 Termination Decision is Capricious and Unjustified

### "High Cost of Operations" Claim Unsupportable

**Emporia State University Operating Expenditures by Source 2017 - 2021**

| Category | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| Total | $59.3M | $58.2M | $58.9M | $60.5M | $56.4M (-5%) |
| Student Wages | $.9M | $.86M | $.92M | $.78M | $.44M |
| Utilities | $1.7M | $1.67M | $1.67M | $1.59M | $1.51M |
| Classified Expenditures | $5.98M | $5.39M | $4.92M | $4.03M | $3.27M |
| Health Insurance | $4.59M | $4.69M | $4.99M | $5.26M | $5.27M |
| All other Fringe | $6.02M | $6.43M | $6.57M | $6.59M | $6.13M |
| Other Operating Expenditures | $8.71M | $7.65M | $7.51M | $8.8M | $6.28M |
| Unclassified Expenditures | $31.4M | $31.5M | $32.3M | $33.4M | $33.5M |

Source: 2021 KBOR Databook