### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMANDA MIRACLE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 23-CV-04056 |
| ) | |
| PRESIDENT KEN HUSH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **ENTRY OF APPEARANCE**

**COMES NOW** the undersigned Shon D. Qualseth, First Assistant Attorney General/Sr. Trial Counsel, and hereby enters his appearance as counsel for defendants Emporia State University ("ESU"), Ken Hush, President of ESU, Steven Lovett, general counsel for ESU, Kevin Johnson, Brent Thomas, Provost & Vice President of Academic Affairs, Kansas Board of Regents ("KBOR"), Julene Miller, general counsel for KBOR, Bill Feuerborn, Cheryl Harrison-Lee, Shane Bangerter, Ann Brandau, Mark Hutton, Shellaine Kiblinger, Jon Rolph, Allen Schmidt, Helen Van Etten, Carl Ice, Cynthia Lane, Blake Benson Diana Mendoza and Wint Winter.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

/s/ *Shon D. Qualseth*
Shon D. Qualseth, KS Sup. Ct. No. 18369
First Assist. Attorney General/Sr. Trial Counsel
Memorial Bldg., 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Tel: (785) 368-8424
Fax: (785) 291-3767
Email: *shon.qualseth@ag.ks.gov*
*Attorney for Defendants*

- 2 -

## CERTIFICATE OF SERVICE

      I certify that on this 11th day of August, 2023, I electronically filed this Notice using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

      s/Shon D. Qualseth
      Shon D. Qualseth