IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMANDA MIRACLE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 23-CV-04056 |
| ) | |
| PRESIDENT KEN HUSH, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ENTRY OF APPEARANCE

**COMES NOW** the undersigned Stanley R. Parker, Assistant Attorney General, and hereby enters his appearance as counsel for defendants Emporia State University ("ESU"), Ken Hush, President of ESU, Steven Lovett, general counsel for ESU, Kevin Johnson, Brent Thomas, Provost & Vice President of Academic Affairs, Kansas Board of Regents ("KBOR"), Julene Miller, general counsel for KBOR, Bill Feuerborn, Cheryl Harrison-Lee, Shane Bangerter, Ann Brandau, Mark Hutton, Shellaine Kiblinger, Jon Rolph, Allen Schmidt, Helen Van Etten, Carl Ice, Cynthia Lane, Blake Benson Diana Mendoza and Wint Winter.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

*/s/ Stanley R. Parker*
Stanley R. Parker, KS #10971
Assistant Attorney General/Trial Counsel
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597
Phone: (785) 368-8423
Fax:    (785) 291-3767
Email: stanley.parker@ag.ks.gov
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this 11th day of August, 2023, I electronically filed this Notice using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ Stanley R. Parker
Stanley R. Parker