**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **AMANDA MIRACLE, *et al.*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case. No. 23-4056-DDC-GEB** |
| | ) | |
| **KEN HUSH, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ENTRY OF APPEARANCE**

First Assistant Attorney General/Senior Trial Counsel Shon Qualseth hereby enters his appearance as counsel of record for the Defendants.

Respectfully Submitted,

OFFICE OF KANSAS ATTORNEY GENERAL
KRIS W. KOBACH

/s/ Shon. D. Qualseth

Shon D. Qualseth, KS S Ct. #18369
First Asst. Attorney General/Sr. Trial Counsel
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Telephone: 785-368-8424
FAX: 785-291-3767
Email: shon.qualseth@ag.ks.gov
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of September, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

J. Phillip Gragson
Amanda S. Vogelsberg
John H. Hutton
Kara L. Eisenhut
Henson, Hutton, Mudrick, Gragson
& Vogelsberg, LLP
3649 SW Burlingame Rd., Ste. 200
Topeka, KS 66611-2155
*Attorneys for Plaintiffs*

/s/ Shon D. Qualseth
Shon D. Qualseth