IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **AMANDA MIRACLE,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )    Case. No. 23-4056-DDC-GEB |
| | ) |
| **KEN HUSH,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ENTRY OF APPEARANCE

Assistant Attorney General Matthew L. Shoger hereby enters his appearance as counsel for the Defendants.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

J. Phillip Gragson
Amanda S. Vogelsberg
John H. Hutton
Kara L. Eisenhut
Henson, Hutton, Mudrick, Gragson
& Vogelsberg, LLP
3649 SW Burlingame Rd., Ste. 200
Topeka, KS  66611-2155
*Attorneys for Plaintiffs*

/s/ *Matthew L. Shoger*
Matthew L. Shoger
Assistant Attorney General