IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMANDA MIRACLE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case. No. 23-4056-DDC-GEB |
| | ) |
| KEN HUSH, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION TO EXCEED PAGE LIMIT

Defendants Ken Hush, Emporia State University, Kansas Board of Regents, Brent Thomas, Kevin Johnson, Steven Lovett, Julene Miller, Bill Feuerborn, Cheryl Harrison-Lee, Shane Bangerter, Ann Brandau, Mark Hutton, Shellaine Kiblinger, Jon Rolph, Allen Schmidt, Helen Van Etten, Carl Ice, Cynthia Lane, Blake Benson, Diana Mendoza, Wint Winter, and John Dicus[1] ("Defendants"), request under D. Kan. Rule 7.1(d) to exceed the page limit for their upcoming Motion for Judgment on the Pleadings.

This case involves a seventy-two-page Complaint bringing fourteen separate counts by eleven plaintiffs against twenty-three defendants. (Doc. 1.) The enumeration of the counts alone takes over thirty pages in the lengthy Complaint. (Doc. 1 at 30-60.) In light of the number of claims, the number of parties, and the size and complexity of the Complaint, Defendants respectfully request under D. Kan. Rule 7.1(d) to exceed the page limit on their Motion for Judgment on the Pleadings. This will allow Defendants to file just one Motion for Judgment on

---

[1] John Dicus is not listed in the caption of the Complaint as a defendant (Doc. 1 at 1), but he is referred to as a defendant in paragraphs 39, 70, and 142. *See Mitchell v. Maynard*, 80 F.3d 1433, 1441 (10th Cir. 1996) ("a party not properly named in the caption of a complaint may still be properly before the court if the allegations in the body of the complaint make it plain the party is intended as a defendant").

the Pleadings for all twenty-two identified defendants. It will allow Defendants to address all of the elements and factors for each appropriate defense for each of the fourteen claims by each of the eleven plaintiffs against each of these twenty-two Defendants in light of the extensive factual allegations in the Complaint. Specifically, these twenty-two Defendants request to exceed the fifteen-page limit under D. Kan. Rule 7.1(d)(3) by fifteen pages, for a total of thirty pages. Defendants are mindful that the Court will most likely not penalize the Defendants for submitting a brief of less than 30 pages.  The undersigned counsel has consulted with counsel for the Plaintiffs, and counsel for the Plaintiffs do not oppose this motion to exceed, so long as Defendants do not object to Plaintiffs exceeding the page limit in any response, to which the Defendants agree.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

*/s/ Shon. D. Qualseth*
Shon D. Qualseth, KS S Ct. #18369
First Asst. Attorney General/Sr. Trial Counsel
Matthew L. Shoger, KS S Ct. # 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Telephone:  785-368-8424
Telephone:  785-296-2215
FAX:  785-291-3767
Email: *shon.qualseth@ag.ks.gov*
Email: *matt.shoger@ag.ks.gov*
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of November, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                                        */s/ Shon D. Qualseth*
                                                        Shon D. Qualseth