IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMANDA MIRACLE, et. al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 23-4056-DDC-GEB |
| | ) |
| KEN HUSH, et. al. | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND**

Plaintiffs, by and through their counsel, J. Phillip Gragson, Amanda S. Vogelsberg, John H. Hutton and Kara L. Eisenhut of Henson, Hutton, Mudrick, Gragson & Vogelsberg, LLP, move the Court for a fifteen-day (15) extension to respond to Defendants' Motion for Judgment on the Pleadings (Doc. 13), to and including December 26, 2023. In support of said motion, Plaintiffs state as follows:

1. The current date to file Plaintiffs' Response is December 11, 2023, and therefore this motion is made more than three (3) days before the due date and time has not expired.

2. Defendants' counsel has no objection to the requested extension.

3. This is Plaintiffs' first Motion for Extension of Time to file a Response to Defendants' Motion for Judgment on the Pleadings (Doc. 13).

4. Plaintiffs' attorneys seek additional time due to the nature of this case, press of business including other time sensitive litigation matters (motion for summary judgment on another matter).

5. This motion is not made for the purpose of delay or any other dilatory purpose.

1

WHEREFORE, Plaintiffs pray they be granted an additional fifteen (15) days to respond to Defendants' Motion for Judgment on the Pleadings to and including December 26, 2023.

Respectfully submitted,

/s/ J. Phillip Gragson
J. Phillip Gragson, #16103
Amanda S. Vogelsberg, #23360
John H. Hutton, #16573
Kara Eisenhut #27055
HENSON, HUTTON, MUDRICK,
  GRAGSON & VOGELSBERG, LLP
3649 SW Burlingame Rd., Ste. 200
Topeka, KS 66611-2155
(785) 232-2200; (785) 232-3344 (fax)
jpgragson@hhmglaw.com
avogelsberg@hhmglaw.com
jhutton@hhmglaw.com
keisenhut@hhmglaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on this 6th day of December, 2023 with the clerk using the EM-ECF system which will send notice to all parties of record.

/s/ J. Phillip Gragson
*Attorneys For Plaintiffs*