IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMANDA MIRACLE, et. al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 23-4056-DDC-GEB |
| ) | |
| KEN HUSH, et. al. ) | |
| ) | |
| Defendants. ) | |

## MOTION TO EXCEED PAGE LIMIT

COME NOW Plaintiffs, by and through their counsel, J. Phillip Gragson, Amanda S. Vogelsberg, John H. Hutton and Kara L. Eisenhut of Henson, Hutton, Mudrick, Gragson & Vogelsberg, LLP, and pursuant to D. Kan. Rule 7.1(d), request to exceed the page limit for their Response to Defendants' Motion for Judgment on the Pleadings (Doc. 13).

Defendants' Motion for Judgment on the Pleadings (Doc. 13) consists of nearly twenty-five pages of substantive allegations and or argument seeking to dismiss Plaintiffs' seventy-two-page Complaint containing fourteen separate counts by eleven plaintiffs against twenty-three defendants. (Doc. 1)  Based upon Defendants' motion and the nature of this matter, Plaintiffs' respectfully request under D. Kan. Rule 7.1(d) to exceed the page limit on their Response to Defendants' Motion for Judgment on the Pleadings (Doc. 13).  Specifically, Plaintiffs request to exceed the fifteen-page limit under D. Kan. Rule 7.1(d)(3) by fifteen pages, for a total of thirty pages.   The undersigned counsel has consulted with counsel for Defendants, and counsel for Defendants do not oppose this motion to exceed.

1

Respectfully submitted,

/s/ J. Phillip Gragson
J. Phillip Gragson, #16103
Amanda S. Vogelsberg, #23360
John H. Hutton, #16573
Kara Eisenhut #27055
HENSON, HUTTON, MUDRICK,
  GRAGSON & VOGELSBERG, LLP
3649 SW Burlingame Rd., Ste. 200
Topeka, KS 66611-2155
(785) 232-2200; (785) 232-3344 (fax)
jpgragson@hhmglaw.com
avogelsberg@hhmglaw.com
jhutton@hhmglaw.com
keisenhut@hhmglaw.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed on this 6th day of December, 2023 with the clerk using the EM-ECF system which will send notice to all parties of record.

/s/ J. Phillip Gragson
*Attorneys For Plaintiffs*

2