IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMANDA MIRACLE, et. al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 23-4056-JAR -GEB |
| ) | |
| KEN HUSH, et. al. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

COMES NOW, Plaintiffs Christopher Lovett, Amanda Miracle, Michael Behrens, Rob Catlett, Dan Colson, Charles Emmer, Brenda Koerner, Sheryl Lidzy, Max McCoy, Michael Morales, and Lynnette Sievert, ("Plaintiffs") by and through their counsel of record, and pursuant to Fed. R. Civ. P. 15(a)(2), D. Kan. Rules 7.1(a) and 15.1(a), move this Court for leave to file their First Amended Complaint, amending their Complaint as follows: remove Counts VIII (8), IX (9) and X (10) as requested to be dismissed without prejudice in Plaintiffs' Response to Defendants' Motion for Judgment on the Pleadings; remove Counts XIII (13) and XIV (14) in the Complaint as duplicative of Counts XI and XII; remove the requested prospective injunctive relief against Defendants Kansas Board of Regents and Emporia State University throughout; add Plaintiffs' disparate impact claim under the ADEA against Defendants Kansas Board of Regents and Emporia State University (added as Count new Count XI (11)); add Plaintiffs' Conspiracy to violate Section 42 U.S.C. 1983 Claim against the Individual Defendants (added as new Count X (10)); add a prospective injunction relief for reinstatement claim against Defendant Ken Hush in his official capacity only throughout; add Defendant John Dicus to the case caption and factual allegations pertaining to him; and amended to provide general clarification of which

1

claims against which Defendants.

In support of this Motion, Plaintiffs' have filed contemporaneously herewith and incorporated by reference herein, their Memorandum in Support of Plaintiffs' Motion for Leave to File First Amended Complaint. See D. Kan. Rule 7.1(a). Additionally, Plaintiffs have attached to their Memorandum in Support as Exhibit A, a "clean" copy of its proposed First Amended Complaint and as Exhibit B, a "redline" copy of its First Amended Complaint reflecting the proposed changes as required by D. Kan. Rule 15(a)(2).

WHEREFORE, for the reasons set forth in this Motion, as well as those set forth in the accompanying Memorandum in Support, Plaintiffs respectfully ask the Court to grant this Motion, grant leave to file their First Amended Complaint (attached to their Memorandum in Support as Exhibit A), and for such further and additional relief as the Court deems just and equitable.

Respectfully submitted,

/s/ J. Phillip Gragson
J. Phillip Gragson, #16103
Amanda S. Vogelsberg, #23360
John H. Hutton, #16573
Kara Eisenhut #27055
HENSON, HUTTON, MUDRICK,
  GRAGSON & VOGELSBERG, LLP
3649 SW Burlingame Rd., Ste. 200
Topeka, KS 66611-2155
(785) 232-2200; (785) 232-3344 (fax)
jpgragson@hhmglaw.com
avogelsberg@hhmglaw.com
jhutton@hhmglaw.com
keisenhut@hhmglaw.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed on this 26th day of December, 2023 with the clerk using the EM-ECF system which will send notice to all parties of record.

3

/s/ J. Phillip Gragson
*Attorneys For Plaintiffs*