IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMANDA MIRACLE, *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )  Case. No. 23-4056-JAR-GEB |
| | ) |
| KEN HUSH, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**MOTION TO EXCEED PAGE LIMIT**

Defendants Ken Hush, Emporia State University, Kansas Board of Regents, Brent Thomas, Kevin Johnson, Steven Lovett, Julene Miller, Bill Feuerborn, Cheryl Harrison-Lee, Shane Bangerter, Ann Brandau, Mark Hutton, Shellaine Kiblinger, Jon Rolph, Allen Schmidt, Helen Van Etten, Carl Ice, Cynthia Lane, Blake Benson, Diana Mendoza, Wint Winter, and John Dicus ("Defendants"), request under D. Kan. Rule 7.1(d) to exceed the page limit for their upcoming Motion to Dismiss.

This case involves a fifty-five-page Amended Complaint ("Complaint") bringing eleven separate counts by eleven plaintiffs against twenty-three defendants with over two-hundred pages of exhibits. (Doc. 25.) The enumeration of the counts alone takes over twenty pages in the lengthy Complaint. (Doc. 25 at 32-55.) In light of the number of claims, the number of parties, and the size and complexity of the Complaint, Defendants respectfully request under D. Kan. Rule 7.1(d) to exceed the page limit on their Motion to Dismiss. This will allow Defendants to file just one Motion to Dismiss for all twenty-two identified defendants. It will allow Defendants to address all of the elements and factors for each appropriate defense for each of the eleven claims by each of the eleven plaintiffs against each of these twenty-two Defendants in light of the extensive factual allegations in the Complaint. Specifically, these twenty-two Defendants

request to exceed the fifteen-page limit under D. Kan. Rule 7.1(d)(3) by fifteen pages, for a total of thirty pages (if necessary). The undersigned counsel has consulted with counsel for the Plaintiffs, and counsel for the Plaintiffs do not oppose this motion to exceed.

    Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Shon. D. Qualseth*
Shon D. Qualseth, KS S Ct. #18369
First Asst. Attorney General/Sr. Trial Counsel
Matthew L. Shoger, KS S Ct. # 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
Telephone:  785-368-8424
Telephone:  785-296-2215
FAX:  785-291-3767
Email: *shon.qualseth@ag.ks.gov*
Email: *matt.shoger@ag.ks.gov*
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 18th day of January, 2024, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

               */s/ Shon D. Qualseth*
               Shon D. Qualseth