# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMANDA MIRACLE, et. al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KEN HUSH, et. al. )<br>)<br>Defendants. ) | Case No. 23-4056-JAR -GEB |

### JOINT MOTION REGARDING SCHEDULING MOTION TO AMEND COMPLAINT AND ANTICIPATED MOTION TO DISMISS

COMES NOW, Plaintiffs by and through their counsel of record, and Defendants by and through their counsel of record, to advise and move the Court as follows:

1) At present, Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Doc. 31) is pending before this Court and Plaintiffs have filed their Response (Doc. 34).

2) As reflected in Plaintiffs' Response, Plaintiffs intend to seek leave to file their Second Amended Complaint to address in part, Defendants' Motion.

3) After consultation between counsel for the parties in an effort to pare down issues that will ultimately be presented to the Court, the parties' propose the following schedule, and respectfully request the Court order the same:

    a. Plaintiffs will file their Unopposed Motion for Leave to file Second Amended Complaint by Friday April 5, 2024.

    b. The Defendants' pending Motion to Dismiss Plaintiffs' Amended Complaint will be deemed moot upon the filing of the Second Amended Complaint and Defendants advise they anticipate filing a Motion to Dismiss Plaintiffs' Second Amended Complaint.

1

4) Plaintiffs anticipate that no further amendment to Plaintiffs' Second Amended Complaint will be necessary for a determination of Defendants' anticipated Motion to Dismiss Plaintiffs' Second Amended Complaint by the Court.

5) This motion is not made for the purposes of delay or dilatory purposes.

6) This case involves multiple claims against multiple parties and this motion serves the interest of judicial efficiency for the Parties, counsel, and the Court.

WHEREFORE, for the reasons set forth in this Motion, the Parties respectfully request the Court grant this Motion, ordering Plaintiffs' to file their Unopposed Motion for Leave to File their Second Amended Complaint by April 5, 2024; and deem Defendants pending Motion to Dismiss Amended Complaint moot upon the filing of the Second Amended Complaint; and for such further and additional relief as the Court deems just and equitable.

Respectfully submitted,

/s/ J. Phillip Gragson
J. Phillip Gragson, #16103
Amanda S. Vogelsberg, #23360
John H. Hutton, #16573
Kara Eisenhut #27055
HENSON, HUTTON, MUDRICK,
  GRAGSON & VOGELSBERG, LLP
3649 SW Burlingame Rd., Ste. 200
Topeka, KS 66611-2155
(785) 232-2200; (785) 232-3344 (fax)
jpgragson@hhmglaw.com
avogelsberg@hhmglaw.com
jhutton@hhmglaw.com
keisenhut@hhmglaw.com
*Attorneys for Plaintiffs*

and

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

/s/ Shon Qualseth
Shon D. Qualseth, Ks. #18369
First Asst. Attorney General/Sr. Trial Counsel
Matthew L. Shoger, Ks. #28151
Asst. Attorney General.
Office of Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66611-1597
Telephone: 785-368-8424
Telephone: 785-296-6244
Fax: 785-291-3767
Shon.qualseth@ag.ks.gov
Matt.shoger@ag.ks.gov
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed on this 26th day of March, 2024 with the clerk using the EM-ECF system which will send notice to all parties of record.

/s/ J. Phillip Gragson
*Attorneys For Plaintiffs*