2022 KBOR Databook Table B, p. 130

|  | State General Fund ($M) | Tuition ($M) | Restricted Use ($M) | Total Operating Income ($M) |
|---|---|---|---|---|
| 2017 | $30.8M | $28.5M | $30.M | $89.3M |
| 2018 | $31.M | $27.5M | $30.M | $88.5M |
| 2019 | $31.6M | $27.2M | $30.2M | $89.M |
| 2020 | $33.6M | $26.8M | $32.4M | $92.8M |
| 2021 | $32.7M | $23.7M | $43.8M | $100.2M |



Emporia State University Operating Revenues by Source 2017 - 2021
(Source: 2022 KBOR Databook)

**Exhibit 8**



It is the opinion of the State of Kansas Conference of the American Association of University Professors that:

# 2. Termination Decision Flawed

STATE UNIVERSITY DATA BOOK
January 2022

## 2.3 Termination Decision is Capricious and Unjustified

### "Low Enrollment" Claim Unsupportable



**Emporia State University Enrollment 2017 - 2021**

| Academic Year | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| Total | 7160 | 6987 | 7177 | 7240 | 7245 (+1.2%) |
| Graduate Enrollment | 3121 | 3023 | 3235 | 3462 | 3785 |
| Undergraduate Enrollment | 4039 | 3964 | 3942 | 3778 | 3460 |

KBOR Databook 2022 p. 126

Source: 2022 KBOR Databook

1

Case 5:23-cv-04056-JAR-GEB   Document 41-8   Filed 04/10/24   Page 3 of 4




It is the opinion of the State of Kansas Conference of the American Association of University Professors that:

# 2. Termination Decision Flawed

## 2.3 Termination Decision is Capricious and Unjustified

**"Extreme Financial Pressures" Claim Unsupportable**



Emporia State University Operating Revenues by Source 2017 - 2021

Source: 2022 KBOR Databook

