**Exhibit  9**

# EMPORIA STATE
# UNIVERSITY

*Office of the* PRESIDENT

Campus Box 4001
1 Kellogg Circle
Emporia, Kansas 66801-5415
620.341.5551
emporia.edu

September 15, 2022

Michael Behrens
Associate Professor
English/Modern Languages/Journalism, Liberal Arts and Sciences

Dear Dr. Behrens:

I regret to inform you that your appointment as Associate Professor, English/Modern Languages/ Journalism, with Emporia State University (ESU) is ending effective Tuesday, May 16, 2023, due to extreme financial pressures accelerated by COVID-19 pandemic, decreased program and university enrollment, continuing and ongoing increases in the cost of operations across campus, and substantive changes in the educational marketplace. This action is taken under Kansas Board of Regents (Board) policy Chapter II, Section C., Paragraph 6.b., and in accordance with the required framework approved by the Board. A copy of this framework is included with this notification letter.

Specifically, this action is based on factors such as, but not limited to:
- Low enrollment.
- Current or future market considerations as to the need for a program or department.
- Restructuring of a program, department, or school as determined to be necessary by the university.

Secondary considerations may include:
- Cost of operations.
- Reduction in revenues for specific departments or schools.
- Realignment of resources.
- Performance evaluations.
- Teaching and research productivity.
- Low service productivity

This letter and information packet provides the details of your rights and estimated benefits.

An Equal Opportunity Employer

0005

Behrens, Michael
September 15, 2022
Page 2

Per standard ESU procedures, you will be placed on leave without pay on Sunday, May 14, 2023, as you submit your final grades. Upon completion of your responsibilities, as determined by the university, ESU will:

- Pay you three (3) months severance pay.
- The university reserves the right to place you on paid administrative leave through your end date should the university determine that to be in the best of interest of the university.

A representative from our Human Resources Office will briefly review benefits, estimated final pay information including qualifying leave payouts, and answer questions you may have, today.

The Human Resources Office will be in contact with you regarding dates, times and locations of three informational sessions to review the information in this packet. I welcome and encourage you to bring your spouse, partner, significant other, or other valued folk to participate in this conversation.

Human Resources will reach out to you again near the end of your appointment. You may contact the Office of Human Resources any time with questions prior to those meetings.

At this time, it is expected that you will receive your final paycheck as normal on June 9, 2023. This paycheck will include vacation leave, comp time, payouts, incentive pay, and any other payroll payments due to you at that time.

You may appeal this action within 30 days of receipt of this notice, in writing, to the Kansas Board of Regents, with a copy to ESU President, Ken Hush. The attached framework outlines what should be included in and with the appeal. Questions regarding this appeal process may be directed to Steven Lovett, Associate General Counsel for Academic Affairs.

We recognize the importance of the work and commitment you have made to our students, university programs, the university itself, and the Emporia and academic communities, and thank you for your service.

Sincerely,

Ken Hush
President

c:      Personnel File

0006

# EMPORIA STATE
# U N I V E R S I T Y

*Office of the* PRESIDENT

Campus Box 4001
1 Kellogg Circle
Emporia, Kansas 66801-5415
620.341.5551
emporia.edu

ELECTRONICALLY FILED 11/28/2022 14:54:20 OFFICE OF ADMINISTRATIVE HEARINGS

September 15, 2022

Robert Catlett
Associate Professor
Mathematics and Economics, Liberal Arts and Sciences

Dear Mr. Catlett:

I regret to inform you that your appointment as Associate Professor, Mathematics and Economics, with Emporia State University (ESU) is ending effective Tuesday, May 16, 2023, due to extreme financial pressures accelerated by COVID-19 pandemic, decreased program and university enrollment, continuing and ongoing increases in the cost of operations across campus, and substantive changes in the educational marketplace. This action is taken under Kansas Board of Regents (Board) policy Chapter II, Section C., Paragraph 6.b., and in accordance with the required framework approved by the Board. A copy of this framework is included with this notification letter.

Specifically, this action is based on factors such as, but not limited to:
* Low enrollment.
* Current or future market considerations as to the need for a program or department.
* Restructuring of a program, department, or school as determined to be necessary by the university.

Secondary considerations may include:
* Cost of operations.
* Reduction in revenues for specific departments or schools.
* Realignment of resources.
* Performance evaluations.
* Teaching and research productivity.
* Low service productivity

This letter and information packet provides the details of your rights and estimated benefits.

An Equal Opportunity Employer

Catlett, Robert
September 15, 2022
Page 2

Per standard ESU procedures, you will be placed on leave without pay on Sunday, May 14, 2023, as you submit your final grades. Upon completion of your responsibilities, as determined by the university, ESU will:

- Pay you three (3) months severance pay.
- The university reserves the right to place you on paid administrative leave through your end date should the university determine that to be in the best of interest of the university.
- You may be eligible to retire from the university in lieu of being laid off. If you choose to retire, you will still receive three (3) months severance pay.

A representative from our Human Resources Office will briefly review benefits, estimated final pay information including qualifying leave payouts, and answer questions you may have, today.

The Human Resources Office will be in contact with you regarding dates, times and locations of three informational sessions to review the information in this packet. I welcome and encourage you to bring your spouse, partner, significant other, or other valued folk to participate in this conversation.

Human Resources will reach out to you again near the end of your appointment. You may contact the Office of Human Resources any time with questions prior to those meetings.

At this time, it is expected that you will receive your final paycheck as normal on June 9, 2023. This paycheck will include vacation leave, comp time, payouts, incentive pay, and any other payroll payments due to you at that time.

You may appeal this action within 30 days of receipt of this notice, in writing, to the Kansas Board of Regents, with a copy to ESU President, Ken Hush. The attached framework outlines what should be included in and with the appeal. Questions regarding this appeal process may be directed to Steven Lovett, Associate General Counsel for Academic Affairs.

We recognize the importance of the work and commitment you have made to our students, university programs, the university itself, and the Emporia and academic communities, and thank you for your service.

Sincerely,

Ken Hush
President

c:      Personnel File

**4**

# EMPORIA STATE
# U N I V E R S I T Y

*Office of the* PRESIDENT

Campus Box 4001
1 Kellogg Circle
Emporia, Kansas 66801-5415
620.341.5551
emporia.edu

September 15, 2022

Daniel Colson
Associate Professor
English/Modern Languages/Journalism, Liberal Arts and Sciences

Dear Dr. Colson:

I regret to inform you that your appointment as Associate Professor, English/Modern Languages/ Journalism, with Emporia State University (ESU) is ending effective Tuesday, May 16, 2023, due to extreme financial pressures accelerated by COVID-19 pandemic, decreased program and university enrollment, continuing and ongoing increases in the cost of operations across campus, and substantive changes in the educational marketplace. This action is taken under Kansas Board of Regents (Board) policy Chapter II, Section C., Paragraph 6.b., and in accordance with the required framework approved by the Board. A copy of this framework is included with this notification letter.

Specifically, this action is based on factors such as, but not limited to:
- Low enrollment.
- Current or future market considerations as to the need for a program or department.
- Restructuring of a program, department, or school as determined to be necessary by the university.

Secondary considerations may include:
- Cost of operations.
- Reduction in revenues for specific departments or schools.
- Realignment of resources.
- Performance evaluations.
- Teaching and research productivity.
- Low service productivity

This letter and information packet provides the details of your rights and estimated benefits.

An Equal Opportunity Employer

**Profs 00000822**

Colson, Daniel
September 15, 2022
Page 2

Per standard ESU procedures, you will be placed on leave without pay on Sunday, May 14, 2023, as you submit your final grades. Upon completion of your responsibilities, as determined by the university, ESU will:

- Pay you three (3) months severance pay.
- The university reserves the right to place you on paid administrative leave through your end date should the university determine that to be in the best of interest of the university.

A representative from our Human Resources Office will briefly review benefits, estimated final pay information including qualifying leave payouts, and answer questions you may have, today.

The Human Resources Office will be in contact with you regarding dates, times and locations of three informational sessions to review the information in this packet. I welcome and encourage you to bring your spouse, partner, significant other, or other valued folk to participate in this conversation.

Human Resources will reach out to you again near the end of your appointment. You may contact the Office of Human Resources any time with questions prior to those meetings.

At this time, it is expected that you will receive your final paycheck as normal on June 9, 2023. This paycheck will include vacation leave, comp time, payouts, incentive pay, and any other payroll payments due to you at that time.

You may appeal this action within 30 days of receipt of this notice, in writing, to the Kansas Board of Regents, with a copy to ESU President, Ken Hush. The attached framework outlines what should be included in and with the appeal. Questions regarding this appeal process may be directed to Steven Lovett, Associate General Counsel for Academic Affairs.

We recognize the importance of the work and commitment you have made to our students, university programs, the university itself, and the Emporia and academic communities, and thank you for your service.

Sincerely,

Ken Hush
President

c:      Personnel File

**Profs 00000823**

ELECTRONICALLY FILED 11/15/2022 14:41:05 OFFICE OF ADMINISTRATIVE HEARINGS

# EMPORIA STATE
# UNIVERSITY
## *Office of the* PRESIDENT

Campus Box 4001
1 Kellogg Circle
Emporia, Kansas 66801-5415
620.341.5551
emporia.edu

September 15, 2022

Charles Emmer
Professor
Social Sciences/Sociology/Criminology, Liberal Arts and Sciences

Dear Dr. Emmer:

I regret to inform you that your appointment as Professor, Social Sciences/Sociology/Criminology, with Emporia State University (ESU) is ending effective Tuesday, May 16, 2023, due to extreme financial pressures accelerated by COVID-19 pandemic, decreased program and university enrollment, continuing and ongoing increases in the cost of operations across campus, and substantive changes in the educational marketplace. This action is taken under Kansas Board of Regents (Board) policy Chapter II, Section C., Paragraph 6.b., and in accordance with the required framework approved by the Board. A copy of this framework is included with this notification letter.

Specifically, this action is based on factors such as, but not limited to:
- Restructuring of a program, department, or school as determined to be necessary by the university.

Secondary considerations may include:
- Low enrollment.
- Cost of operations.
- Reduction in revenues for specific departments or schools.
- Current or future market considerations as to the need for a program or department.
- Realignment of resources.
- Performance evaluations.
- Teaching and research productivity.
- Low service productivity

This letter and information packet provides the details of your rights and estimated benefits.

An Equal Opportunity Employer

Emmer, Charles
September 15, 2022
Page 2

Per standard ESU procedures, you will be placed on leave without pay on Sunday, May 14, 2023, as you submit your final grades. Upon completion of your responsibilities, as determined by the university, ESU will:

- Pay you three (3) months severance pay.
- The university reserves the right to place you on paid administrative leave through your end date should the university determine that to be in the best of interest of the university.
- You may be eligible to retire from the university in lieu of being laid off. If you choose to retire, you will still receive three (3) months severance pay.

A representative from our Human Resources Office will briefly review benefits, estimated final pay information including qualifying leave payouts, and answer questions you may have, today.

The Human Resources Office will be in contact with you regarding dates, times and locations of three informational sessions to review the information in this packet. I welcome and encourage you to bring your spouse, partner, significant other, or other valued folk to participate in this conversation.

Human Resources will reach out to you again near the end of your appointment. You may contact the Office of Human Resources any time with questions prior to those meetings.

At this time, it is expected that you will receive your final paycheck as normal on June 9, 2023. This paycheck will include vacation leave, comp time, payouts, incentive pay, and any other payroll payments due to you at that time.

You may appeal this action within 30 days of receipt of this notice, in writing, to the Kansas Board of Regents, with a copy to ESU President, Ken Hush. The attached framework outlines what should be included in and with the appeal. Questions regarding this appeal process may be directed to Steven Lovett, Associate General Counsel for Academic Affairs.

We recognize the importance of the work and commitment you have made to our students, university programs, the university itself, and the Emporia and academic communities, and thank you for your service.

Sincerely,

Ken Hush
President

c:    Personnel File

# EMPORIA STATE
# U N I V E R S I T Y

Campus Box 4001
1 Kellogg Circle
Emporia, Kansas 66801-5415
620.341.5551
emporia.edu

*Office of the* PRESIDENT

ELECTRONICALLY FILED 11/30/2022 15:22:23 OFFICE OF ADMINISTRATIVE HEARINGS

September 15, 2022

Brenda Koerner
Associate Professor
Biological Sciences, Liberal Arts and Sciences

Dear Dr. Koerner:

I regret to inform you that your appointment as Associate Professor, Biological Sciences, with Emporia State University (ESU) is ending effective Tuesday, May 16, 2023, due to extreme financial pressures accelerated by COVID-19 pandemic, decreased program and university enrollment, continuing and ongoing increases in the cost of operations across campus, and substantive changes in the educational marketplace. This action is taken under Kansas Board of Regents (Board) policy Chapter II, Section C., Paragraph 6.b., and in accordance with the required framework approved by the Board. A copy of this framework is included with this notification letter.

Specifically, this action is based on factors such as, but not limited to:
- Low enrollment.
- Current or future market considerations as to the need for a program or department.
- Restructuring of a program, department, or school as determined to be necessary by the university.
- Realignment of resources.

Secondary considerations may include:
- Cost of operations.
- Reduction in revenues for specific departments or schools.
- Performance evaluations.
- Teaching and research productivity.
- Low service productivity

This letter and information packet provides the details of your rights and estimated benefits.

An Equal Opportunity Employer

Koerner, Brenda
September 15, 2022
Page 2

Per standard ESU procedures, you will be placed on leave without pay on Sunday, May 14, 2023, as you submit your final grades. Upon completion of your responsibilities, as determined by the university, ESU will:

- Pay you three (3) months severance pay.
- The university reserves the right to place you on paid administrative leave through your end date should the university determine that to be in the best of interest of the university.

A representative from our Human Resources Office will briefly review benefits, estimated final pay information including qualifying leave payouts, and answer questions you may have, today.

The Human Resources Office will be in contact with you regarding dates, times and locations of three informational sessions to review the information in this packet. I welcome and encourage you to bring your spouse, partner, significant other, or other valued folk to participate in this conversation.

Human Resources will reach out to you again near the end of your appointment. You may contact the Office of Human Resources any time with questions prior to those meetings.

At this time, it is expected that you will receive your final paycheck as normal on June 9, 2023. This paycheck will include vacation leave, comp time, payouts, incentive pay, and any other payroll payments due to you at that time.

You may appeal this action within 30 days of receipt of this notice, in writing, to the Kansas Board of Regents, with a copy to ESU President, Ken Hush. The attached framework outlines what should be included in and with the appeal. Questions regarding this appeal process may be directed to Steven Lovett, Associate General Counsel for Academic Affairs.

We recognize the importance of the work and commitment you have made to our students, university programs, the university itself, and the Emporia and academic communities, and thank you for your service.

Sincerely,

Ken Hush
President

c:      Personnel File

**10**

# EMPORIA STATE
# U N I V E R S I T Y

*Office of the* PRESIDENT

Campus Box 4001
1 Kellogg Circle
Emporia, Kansas 66801-5415
620.341.5551
emporia.edu

September 15, 2022

Sheryl Lidzy
Associate Professor
Communication and Theatre, Liberal Arts and Sciences

Dear Dr. Lidzy:

I regret to inform you that your appointment as Associate Professor, Communication and Theatre, with Emporia State University (ESU) is ending effective Tuesday, May 16, 2023, due to extreme financial pressures accelerated by COVID-19 pandemic, decreased program and university enrollment, continuing and ongoing increases in the cost of operations across campus, and substantive changes in the educational marketplace. This action is taken under Kansas Board of Regents (Board) policy Chapter II, Section C., Paragraph 6.b., and in accordance with the required framework approved by the Board. A copy of this framework is included with this notification letter.

Specifically, this action is based on factors such as, but not limited to:
- Current or future market considerations as to the need for a program or department.
- Realignment of resources.

Secondary considerations may include:
- Low enrollment.
- Cost of operations.
- Reduction in revenues for specific departments or schools.
- Restructuring of a program, department, or school as determined to be necessary by the university.
- Performance evaluations.
- Teaching and research productivity.
- Low service productivity

This letter and information packet provides the details of your rights and estimated benefits.

An Equal Opportunity Employer

**11**

Lidzy, Sheryl
September 15, 2022
Page 2

Per standard ESU procedures, you will be placed on leave without pay on Sunday, May 14, 2023, as you submit your final grades. Upon completion of your responsibilities, as determined by the university, ESU will:

- Pay you three (3) months severance pay.
- The university reserves the right to place you on paid administrative leave through your end date should the university determine that to be in the best of interest of the university.
- You may be eligible to retire from the university in lieu of being laid off. If you choose to retire, you will still receive three (3) months severance pay.

A representative from our Human Resources Office will briefly review benefits, estimated final pay information including qualifying leave payouts, and answer questions you may have, today.

The Human Resources Office will be in contact with you regarding dates, times and locations of three informational sessions to review the information in this packet. I welcome and encourage you to bring your spouse, partner, significant other, or other valued folk to participate in this conversation.

Human Resources will reach out to you again near the end of your appointment. You may contact the Office of Human Resources any time with questions prior to those meetings.

At this time, it is expected that you will receive your final paycheck as normal on June 9, 2023. This paycheck will include vacation leave, comp time, payouts, incentive pay, and any other payroll payments due to you at that time.

You may appeal this action within 30 days of receipt of this notice, in writing, to the Kansas Board of Regents, with a copy to ESU President, Ken Hush. The attached framework outlines what should be included in and with the appeal. Questions regarding this appeal process may be directed to Steven Lovett, Associate General Counsel for Academic Affairs.

We recognize the importance of the work and commitment you have made to our students, university programs, the university itself, and the Emporia and academic communities, and thank you for your service.

Sincerely,

Ken Hush
President

c:      Personnel File

# EMPORIA STATE
# U N I V E R S I T Y

*Office of the* PRESIDENT

Campus Box 4001
1 Kellogg Circle
Emporia, Kansas 66801-5415
620.341.5551
emporia.edu

ELECTRONICALLY FILED 11/30/2022 15:45:49 OFFICE OF ADMINISTRATIVE HEARINGS

September 15, 2022

Christopher Lovett
Professor
Social Sciences/Sociology/Criminology, Liberal Arts and Sciences

Dear Dr. Lovett:

I regret to inform you that your appointment as Professor, Social Sciences/Sociology/Criminology, with Emporia State University (ESU) is ending effective Tuesday, May 16, 2023, due to extreme financial pressures accelerated by COVID-19 pandemic, decreased program and university enrollment, continuing and ongoing increases in the cost of operations across campus, and substantive changes in the educational marketplace. This action is taken under Kansas Board of Regents (Board) policy Chapter II, Section C., Paragraph 6.b., and in accordance with the required framework approved by the Board. A copy of this framework is included with this notification letter.

Specifically, this action is based on factors such as, but not limited to:
- Low enrollment.
- Cost of operations.
- Restructuring of a program, department, or school as determined to be necessary by the university.

Secondary considerations may include:
- Reduction in revenues for specific departments or schools.
- Current or future market considerations as to the need for a program or department.
- Realignment of resources.
- Performance evaluations.
- Teaching and research productivity.
- Low service productivity

This letter and information packet provides the details of your rights and estimated benefits.

An Equal Opportunity Employer

**13**

Lovett, Christopher
September 15, 2022
Page 2

Per standard ESU procedures, you will be placed on leave without pay on Sunday, May 14, 2023, as you submit your final grades. Upon completion of your responsibilities, as determined by the university, ESU will:

- Pay you three (3) months severance pay.
- The university reserves the right to place you on paid administrative leave through your end date should the university determine that to be in the best of interest of the university.
- You may be eligible to retire from the university in lieu of being laid off. If you choose to retire, you will still receive three (3) months severance pay.

A representative from our Human Resources Office will briefly review benefits, estimated final pay information including qualifying leave payouts, and answer questions you may have, today.

The Human Resources Office will be in contact with you regarding dates, times and locations of three informational sessions to review the information in this packet. I welcome and encourage you to bring your spouse, partner, significant other, or other valued folk to participate in this conversation.

Human Resources will reach out to you again near the end of your appointment. You may contact the Office of Human Resources any time with questions prior to those meetings.

At this time, it is expected that you will receive your final paycheck as normal on June 9, 2023. This paycheck will include vacation leave, comp time, payouts, incentive pay, and any other payroll payments due to you at that time.

You may appeal this action within 30 days of receipt of this notice, in writing, to the Kansas Board of Regents, with a copy to ESU President, Ken Hush. The attached framework outlines what should be included in and with the appeal. Questions regarding this appeal process may be directed to Steven Lovett, Associate General Counsel for Academic Affairs.

We recognize the importance of the work and commitment you have made to our students, university programs, the university itself, and the Emporia and academic communities, and thank you for your service.

Sincerely,

Ken Hush
President

c:      Personnel File

ELECTRONICALLY FILED 11/08/2022 12:36:26 OFFICE OF ADMINISTRATIVE HEARINGS

# EMPORIA STATE
## U N I V E R S I T Y

### *Office of the* PRESIDENT

Campus Box 4001
1 Kellogg Circle
Emporia, Kansas 66801-5415
620.341.5661
emporia.edu

September 15, 2022

Max McCoy
ProfessorProfessor
English/Modern Languages/Journalism, Liberal Arts and Sciences

Dear Mr. McCoy:

I regret to inform you that your appointment as Professor, English/Modern Languages/Journalism, with Emporia State University (ESU) is ending effective Tuesday, May 16, 2023, due to extreme financial pressures accelerated by COVID-19 pandemic, decreased program and university enrollment, continuing and ongoing increases in the cost of operations across campus, and substantive changes in the educational marketplace. This action is taken under Kansas Board of Regents (Board) policy Chapter II, Section C., Paragraph 6.b., and in accordance with the required framework approved by the Board. A copy of this framework is included with this notification letter.

Specifically, this action is based on factors such as, but not limited to:
- Cost of operations.
- Reduction in revenues for specific departments or schools.
- Current or future market considerations as to the need for a program or department.
- Restructuring of a program, department, or school as determined to be necessary by the university.

Secondary considerations may include:
- Low enrollment.
- Realignment of resources.
- Performance evaluations.
- Teaching and research productivity.
- Low service productivity.

This letter and information packet provides the details of your rights and estimated benefits.

An Equal Opportunity Employer

McCoy, Max
September 15, 2022
Page 2

Per standard ESU procedures, you will be placed on leave without pay on Sunday, May 14, 2023, as you submit your final grades. Upon completion of your responsibilities, as determined by the university, ESU will:

- Pay you three (3) months severance pay.
- The university reserves the right to place you on paid administrative leave through your end date should the university determine that to be in the best of interest of the university.
- You may be eligible to retire from the university in lieu of being laid off. If you choose to retire, you will still receive three (3) months severance pay.

A representative from our Human Resources Office will briefly review benefits, estimated final pay information including qualifying leave payouts, and answer questions you may have, today.

The Human Resources Office will be in contact with you regarding dates, times and locations of three informational sessions to review the information in this packet. I welcome and encourage you to bring your spouse, partner, significant other, or other valued folk to participate in this conversation.

Human Resources will reach out to you again near the end of your appointment. You may contact the Office of Human Resources any time with questions prior to those meetings.

At this time, it is expected that you will receive your final paycheck as normal on June 9, 2023. This paycheck will include vacation leave, comp time, payouts, incentive pay, and any other payroll payments due to you at that time.

You may appeal this action within 30 days of receipt of this notice, in writing, to the Kansas Board of Regents, with a copy to ESU President, Ken Hush. The attached framework outlines what should be included in and with the appeal. Questions regarding this appeal process may be directed to Steven Lovett, Associate General Counsel for Academic Affairs.

We recognize the importance of the work and commitment you have made to our students, university programs, the university itself, and the Emporia and academic communities, and thank you for your service.

Sincerely,

Ken Hush
President

c:      Personnel File

# EMPORIA STATE
# U N I V E R S I T Y

*Office of the* PRESIDENT

Campus Box 4001
1 Kellogg Circle
Emporia, Kansas 66801-5415
620.341.5551
emporia.edu

September 15, 2022

Amanda Miracle
Associate Professor
Social Sciences/Sociology/Criminology, Liberal Arts and Sciences

Dear Dr. Miracle:

I regret to inform you that your appointment as Associate Professor, Social Sciences/Sociology/ Criminology, with Emporia State University (ESU) is ending effective Tuesday, May 16, 2023, due to extreme financial pressures accelerated by COVID-19 pandemic, decreased program and university enrollment, continuing and ongoing increases in the cost of operations across campus, and substantive changes in the educational marketplace. This action is taken under Kansas Board of Regents (Board) policy Chapter II, Section C., Paragraph 6.b., and in accordance with the required framework approved by the Board. A copy of this framework is included with this notification letter.

Specifically, this action is based on factors such as, but not limited to:
- Low enrollment.
- Cost of operations.
- Restructuring of a program, department, or school as determined to be necessary by the university.

Secondary considerations may include:
- Reduction in revenues for specific departments or schools.
- Current or future market considerations as to the need for a program or department.
- Realignment of resources.
- Performance evaluations.
- Teaching and research productivity.
- Low service productivity

This letter and information packet provides the details of your rights and estimated benefits.

0006

**17**

Miracle, Amanda
September 15, 2022
Page 2

Per standard ESU procedures, you will be placed on leave without pay on Sunday, May 14, 2023, as you submit your final grades. Upon completion of your responsibilities, as determined by the university, ESU will:

- Pay you three (3) months severance pay.
- The university reserves the right to place you on paid administrative leave through your end date should the university determine that to be in the best of interest of the university.

A representative from our Human Resources Office will briefly review benefits, estimated final pay information including qualifying leave payouts, and answer questions you may have, today.

The Human Resources Office will be in contact with you regarding dates, times and locations of three informational sessions to review the information in this packet. I welcome and encourage you to bring your spouse, partner, significant other, or other valued folk to participate in this conversation.

Human Resources will reach out to you again near the end of your appointment. You may contact the Office of Human Resources any time with questions prior to those meetings.

At this time, it is expected that you will receive your final paycheck as normal on June 9, 2023. This paycheck will include vacation leave, comp time, payouts, incentive pay, and any other payroll payments due to you at that time.

You may appeal this action within 30 days of receipt of this notice, in writing, to the Kansas Board of Regents, with a copy to ESU President, Ken Hush. The attached framework outlines what should be included in and with the appeal. Questions regarding this appeal process may be directed to Steven Lovett, Associate General Counsel for Academic Affairs.

We recognize the importance of the work and commitment you have made to our students, university programs, the university itself, and the Emporia and academic communities, and thank you for your service.

Sincerely,

Ken Hush
President

c:      Personnel File

0007

**18**

# EMPORIA STATE
# U N I V E R S I T Y

## *Office of the* PRESIDENT

Campus Box 4001
1 Kellogg Circle
Emporia, Kansas 66801-5415
620.341.5551
emporia.edu

ELECTRONICALLY FILED 11/28/2022 14:24:48 OFFICE OF ADMINISTRATIVE HEARINGS

September 15, 2022

Michael Morales
Associate Professor
Physical Sciences, Liberal Arts and Sciences

Dear Dr. Morales:

I regret to inform you that your appointment as Associate Professor, Physical Sciences, with Emporia State University (ESU) is ending effective Tuesday, May 16, 2023, due to extreme financial pressures accelerated by COVID-19 pandemic, decreased program and university enrollment, continuing and ongoing increases in the cost of operations across campus, and substantive changes in the educational marketplace. This action is taken under Kansas Board of Regents (Board) policy Chapter II, Section C., Paragraph 6.b., and in accordance with the required framework approved by the Board. A copy of this framework is included with this notification letter.

Specifically, this action is based on factors such as, but not limited to:
- Low enrollment.
- Cost of operations.
- Current or future market considerations as to the need for a program or department.
- Restructuring of a program, department, or school as determined to be necessary by the university.

Secondary considerations may include:
- Reduction in revenues for specific departments or schools.
- Realignment of resources.
- Performance evaluations.
- Teaching and research productivity.
- Low service productivity

This letter and information packet provides the details of your rights and estimated benefits.

An Equal Opportunity Employer

Morales, Michael
September 15, 2022
Page 2

Per standard ESU procedures, you will be placed on leave without pay on Sunday, May 14, 2023, as you submit your final grades. Upon completion of your responsibilities, as determined by the university, ESU will:

- Pay you three (3) months severance pay.
- The university reserves the right to place you on paid administrative leave through your end date should the university determine that to be in the best of interest of the university.
- You may be eligible to retire from the university in lieu of being laid off. If you choose to retire, you will still receive three (3) months severance pay.

A representative from our Human Resources Office will briefly review benefits, estimated final pay information including qualifying leave payouts, and answer questions you may have, today.

The Human Resources Office will be in contact with you regarding dates, times and locations of three informational sessions to review the information in this packet. I welcome and encourage you to bring your spouse, partner, significant other, or other valued folk to participate in this conversation.

Human Resources will reach out to you again near the end of your appointment. You may contact the Office of Human Resources any time with questions prior to those meetings.

At this time, it is expected that you will receive your final paycheck as normal on June 9, 2023. This paycheck will include vacation leave, comp time, payouts, incentive pay, and any other payroll payments due to you at that time.

You may appeal this action within 30 days of receipt of this notice, in writing, to the Kansas Board of Regents, with a copy to ESU President, Ken Hush. The attached framework outlines what should be included in and with the appeal. Questions regarding this appeal process may be directed to Steven Lovett, Associate General Counsel for Academic Affairs.

We recognize the importance of the work and commitment you have made to our students, university programs, the university itself, and the Emporia and academic communities, and thank you for your service.

Sincerely,

Ken Hush
President

c:       Personnel File

# EMPORIA STATE
# U N I V E R S I T Y

*Office of the* PRESIDENT

Campus Box 4001
1 Kellogg Circle
Emporia, Kansas 66801-5415
620.341.5551
emporia.edu

ELECTRONICALLY FILED 11/15/2022 16:14:21 OFFICE OF ADMINISTRATIVE HEARINGS

September 15, 2022

Lynnette Sievert
Professor
Biological Sciences, Liberal Arts and Sciences

Dear Dr. Sievert:

I regret to inform you that your appointment as Professor, Biological Sciences, with Emporia State University (ESU) is ending effective Tuesday, May 16, 2023, due to extreme financial pressures accelerated by COVID-19 pandemic, decreased program and university enrollment, continuing and ongoing increases in the cost of operations across campus, and substantive changes in the educational marketplace. This action is taken under Kansas Board of Regents (Board) policy Chapter II, Section C., Paragraph 6.b., and in accordance with the required framework approved by the Board. A copy of this framework is included with this notification letter.

Specifically, this action is based on factors such as, but not limited to:
- Restructuring of a program, department, or school as determined to be necessary by the university.
- Realignment of resources.

Secondary considerations may include:
- Low enrollment.
- Cost of operations.
- Reduction in revenues for specific departments or schools.
- Current or future market considerations as to the need for a program or department.
- Performance evaluations.
- Teaching and research productivity.
- Low service productivity

This letter and information packet provides the details of your rights and estimated benefits.

An Equal Opportunity Employer

Sievert, Lynnette
September 15, 2022
Page 2

Per standard ESU procedures, you will be placed on leave without pay on Sunday, May 14, 2023, as you submit your final grades. Upon completion of your responsibilities, as determined by the university, ESU will:

- Pay you three (3) months severance pay.
- The university reserves the right to place you on paid administrative leave through your end date should the university determine that to be in the best of interest of the university.
- You may be eligible to retire from the university in lieu of being laid off. If you choose to retire, you will still receive three (3) months severance pay.

A representative from our Human Resources Office will briefly review benefits, estimated final pay information including qualifying leave payouts, and answer questions you may have, today.

The Human Resources Office will be in contact with you regarding dates, times and locations of three informational sessions to review the information in this packet. I welcome and encourage you to bring your spouse, partner, significant other, or other valued folk to participate in this conversation.

Human Resources will reach out to you again near the end of your appointment. You may contact the Office of Human Resources any time with questions prior to those meetings.

At this time, it is expected that you will receive your final paycheck as normal on June 9, 2023. This paycheck will include vacation leave, comp time, payouts, incentive pay, and any other payroll payments due to you at that time.

You may appeal this action within 30 days of receipt of this notice, in writing, to the Kansas Board of Regents, with a copy to ESU President, Ken Hush. The attached framework outlines what should be included in and with the appeal. Questions regarding this appeal process may be directed to Steven Lovett, Associate General Counsel for Academic Affairs.

We recognize the importance of the work and commitment you have made to our students, university programs, the university itself, and the Emporia and academic communities, and thank you for your service.

Sincerely,

Ken Hush
President


c:      Personnel File

**22**