# KANSAS BOARD OF REGENTS
## MINUTES
### May 18-19, 2022

The May 18, 2022, meeting of the Kansas Board of Regents was called to order by Chair Cheryl Harrison-Lee at 12:30 p.m. The meeting was held in the Board Office located in the Curtis State Office Building, 1000 S.W. Jackson, Suite 520, Topeka. Proper notice was given according to law.

MEMBERS PRESENT:		Cheryl Harrison-Lee, Chair
				Jon Rolph, Vice Chair
				Bill Feuerborn
				Mark Hutton
				Carl Ice
				Shelly Kiblinger
				Cynthia Lane
				Allen Schmidt
				Wint Winter

### EXECUTIVE SESSION
At 12:30 p.m., Regent Rolph moved, followed by the second of Regent Kiblinger, to recess into executive session for 45 minutes in the Kathy Rupp Conference Room to discuss personnel matters of non-elected personnel. The subject of this executive session was to prepare for a university CEO evaluation and discuss individual CEO compensation and the purpose was to protect the privacy of the individual Board employees involved. Participating in the executive session were members of the Board, President Flanders (for a portion), and General Counsel Julene Miller. The motion carried. At 1:15 p.m., the meeting returned to open session.

### BREAK
At 1:15 p.m., Chair Harrison-Lee called for a break and resumed the meeting at 1:35 p.m. in the Board Room.

### APPROVAL OF MINUTES
Regent Lane moved that the minutes of the April 8, 2022 special meeting and April 20, 2022 regular meeting be approved. Following the second of Regent Kiblinger, the motion carried.

### INTRODUCTIONS
President Muma stated that during this time of year the leadership for the different university senates changes. He thanked Dr. Whitney Bailey, outgoing Faculty Senate President, for her service and welcomed incoming Faculty Senate President, Dr. Susan Castro. He thanked Gabriel Fonseca, outgoing President of the Staff Senate, and welcomed incoming Staff Senate President, Denise Gimlin. President Muma also introduced the newly elected Student Body President, Olivia Gallegos, and thanked outgoing Student Body President, Rija Khan. Chancellor Girod thanked the University of Kansas' outgoing student Body President, Niya McAdoo, and introduced the new Student Body President, Sadie Williams.

Kansas Board of Regents - 19 - May 18-19, 2022

may arise from the Board's fiduciary duties, or may be initiated by the Retirement Plan Committee itself.

(2) The Retirement Plan Committee members will be appointed by the Board and will include one member of the Board; one member of the Council of Presidents, or designee; two members of the Council of Business Officers; ~~three~~ one state university human resource ~~directors~~ director; two at-large members; and two individuals nominated from the state universities who are experts in the subject matter of investments and retirement planning. A staff person from the Board of Regents office who is appointed by the Board President and Chief Executive Officer will serve as a non-voting ex officio member. The chairperson of the Committee will be the appointed Board member. When appointing Retirement Plan Committee members, the Board shall strive for as broad of representation from the state universities as possible.

(3) Members will have ~~staggered~~ three-year terms and may resign at any time, effective when tendered to the Board. A person who is appointed to replace a member who has resigned will serve out the remainder of the term of the resigning member.

*Other Matters*

AMENDMENT TO BOARD POLICY ON WORKFORCE MANAGEMENT
General Counsel Miller stated that at the January 2021 meeting the Board adopted a temporary, low enrollment and COVID-related workforce management policy that gave universities another tool for managing institutions that are in significant financial stress, which was exacerbated during the pandemic. While the Board was successful in obtaining state funding increases during the current Session, the enrollment and financial challenges at the universities are still a concern. General Counsel Miller stated the proposed amendment would eliminate the deadline for universities to propose a framework for its implementation and noted the policy is still set to expire on December 31, 2022. Under the proposed amendment, a framework would need to be submitted and approved by the Board before the policy's expiration date. Regent Lane moved to approve, and Regent Schmidt seconded. The motion carried. The following amendment was adopted:

**Section II.C.6.b.ii**

    **b. Other**
    . . .

    **ii.**    In light of the extreme financial pressures placed on the state universities due to the COVID-19 pandemic, decreased program and university enrollment, and state fiscal issues, effective immediately through December 31, 2022 and notwithstanding any other Board or institutional policy, any state university employee, including a tenured faculty member, may be suspended, dismissed, or terminated from employment by their respective university. Such terminations, suspensions, or dismissals shall follow the procedure set forth below. Declaration of financial exigency and the processes associated with declaration of financial exigency shall not be a

prerequisite to any suspension, dismissal, or termination authorized by this provision, and no existing university policy hearing procedures shall apply to such decisions.

The chief executive officer of any state university, before making any suspensions, dismissals, or terminations under this provision ~~and before July 1, 2021~~, shall present to the Board for approval a framework for the university's decision-making under this provision. Elected representatives of the university's faculty, staff and student governance groups shall be given an opportunity to provide input, comments, and recommendations on the draft framework prior to the university provost's endorsement and chief executive officer's adoption and submission of the framework to the Board for approval. Once approved, that framework shall be used for any suspension, dismissal, or termination under this provision. Frameworks for decision-making may be based on factors such as, but not limited to, performance evaluations, teaching and research productivity, low service productivity, low enrollment, cost of operations, or reduction in revenues for specific departments or schools. Prior to the framework being implemented on any campus, the university CEO shall communicate to both the campus community and the Board a rationale for why the framework must be implemented instead of existing suspension, dismissal or termination policies.

(1) The university chief executive officer shall provide no less than 30 days' written notice of the suspension, dismissal, or termination to the affected employee, including the reasons for the action.

(2) Any employee given notice of a suspension, dismissal, or termination that expressly invokes the authorization of this provision may submit an appeal of the action of the university chief executive officer, through the Board of Regents office as provided below, to the Office of Administrative Hearings. Suspension, dismissal, or termination not invoking this policy shall have solely those appeal rights provided by existing university policy or other applicable existing procedures.

(3) The employee must submit the appeal to the Board office within 30 days of receiving notice of the employment action. The initial submission must include a copy of the notice of the action being appealed and a written statement, including any relevant supporting evidence or documentation, setting forth the reasons the employee believes the decision to suspend, dismiss, or terminate the employee (a) is substantially inconsistent with the university's decision-making framework approved by the Board, (b) was the result of unlawful bias or discrimination; or (c) was otherwise unreasonable, arbitrary or capricious. These shall be the only grounds for reversing the state university chief executive officer's decision. The employee shall provide a copy of the appeal and supporting evidence and documentation to the university's chief executive officer at the time the appeal is submitted.

(4) The university chief executive officer shall have 30 days from receipt to respond in writing to the appeal, including any supporting evidence or documentation, and shall provide a copy of the response and any supporting evidence and documentation to the employee at the time the response is submitted. This 30-day period may be extended for good cause as determined by the Board President and Chief Executive Officer.

(5) Within 10 days of receiving the university chief executive officer's response, the Board office shall refer the appeal to the Office of Administrative Hearings, which shall provide a hearing and decide the case based on the standards stated in this policy and in the university's Board-approved framework. The Board shall provide a copy of the submissions to the Office of Administrative Hearings, along with a copy of this policy and the decision-making framework

        approved by the Board. The state university shall be responsible for fees charged by the Office of Administrative Hearings.

(6)    The burden of proof in any appeal shall be on the employee. There shall be no right of discovery. The review shall be based on the written submissions, and the hearing shall allow oral presentation to the administrative hearing officer by the employee and the university, each of whom may be represented by counsel.

(7)    Decisions of the administrative hearing officer shall be final and are not subject to further administrative review by any officer or committee of the university or by the Board of Regents.

(8)    An appeal under this policy will not stay the effective date of the suspension, dismissal, or termination. Employees who prevail in their appeal under this policy shall be entitled to reinstatement, back pay and restoration of other lost benefits.

BOARD'S UNIFIED FY 2024 BUDGET REQUEST PREPARATIONS
Vice President Frisbie stated the Kansas Higher Education Coordination Act requires the Board of Regents to develop and present to the Governor and Legislature a unified request for state appropriations for postsecondary education each year. The Board's request must be submitted by October 1. Vice President Frisbie reviewed the proposed calendar below. Regent Hutton stated that the Board Fiscal Affairs and Audit Standing Committee wants to be more engaged with the development of the unified budget and suggested that the new chair of the Committee work with Vice President Frisbie.

**Unified Appropriation Request Schedule**

| | |
|---|---|
| April 2022 Board Meeting | Board has first read of capital improvement requests |
| May 2022 Board Meeting | Board acts on capital improvement requests for July 1 |
| June 2022 Board Meeting | Board receives institution and sector specific requests. (Proposals are to be submitted to the Board Office by **Friday, June 3**.) |
| Summer 2022 Board Retreat | Board conducts budget workshop to discuss requests from across the System and indicates preference for inclusion in the FY 2024 Budget Request. |
| September 2022 Board Meeting | Board officially approves FY 2024 unified budget request |
| October 1, 2022 | Board's FY 2024 unified budget request submitted |

CAPITAL IMPROVEMENT REQUEST FOR FY 2024 AND FIVE-YEAR PLANS
Chad Bristow, Director of Facilities, presented the proposed Capital Improvement Requests for FY 2024 and Five-Year Plans for the state universities. He stated that staff is recommending approval of the following: 1) all projects funded by restricted fees generated for relevant business units as submitted; and 2) the university system request for spending authority from the Educational Building Fund (EBF) for planning, construction, renovation, rehabilitation, repair, and razing of mission critical university facilities and infrastructure. Director Bristow noted the FY

Kansas Board of Regents — 24 — May 18-19, 2022

| | | | | |
|---|---|---|---|---|
| ESU | Butcher Education Center | 1 | $1,000,000 | 35,765 |
| **Totals** | | **12** | **$7,228,000** | **299,559** |

> *Space allocation within the KSU Natatorium is 20,600 GSF Mission Critical and 29,650 GSF Non-Mission Critical. The demolition project would be split-financed as follows: $615,000 from this funding source and $885,000 from Educational Building Fund*

### FY 2023 BOARD MEETING CALENDAR ADJUSTMENT
President Flanders stated that the spring break calendars for the entire Kansas education system were aligned last year to benefit Kansas students and their families. However, occasionally the March Board meeting lands on the same week as spring break because of how the calendar fluctuates from year to year. To address this issue for next year, President Flanders recommends moving the March 2023 Board meeting from March 15-16 to March 22-23, 2023. He also noted that the Governance Committee approved a change to the Board's By-Laws to address this issue, which will be presented to the Board in June for consideration. Regent Rolph moved to approve moving the March 2023 Board meeting date. Regent Kiblinger seconded, and the motion carried.

### FY 2023 BOARD CHAIR AND VICE CHAIR
Regent Harrison-Lee moved to elect Regent Jon Rolph as Chair of the Board for FY 2023. Regent Hutton seconded. The motion carried.

Regent Rolph moved to elect Regent Carl Ice as Vice Chair for FY 2023. Regent Lane seconded, and the motion carried.

### **ADJOURNMENT**
Regent Ice moved to adjourn, and Regent Rolph seconded. The motion carried.

_____    _____
Blake Flanders, President and CEO         Cheryl Harrison-Lee, Chair