Exhibit 11

# KANSAS BOARD OF REGENTS
## MINUTES
### September 14-15, 2022

The September 14, 2022, meeting of the Kansas Board of Regents was called to order by Chair Jon Rolph at 1:30 p.m. The meeting was held in the Board Office located in the Curtis State Office Building, 1000 S.W. Jackson, Suite 520, Topeka. Proper notice was given according to law.

MEMBERS PRESENT:	Jon Rolph, Chair
	Carl Ice, Vice Chair
	Blake Benson
	John Dicus
	Cheryl Harrison-Lee
	Shelly Kiblinger
	Cynthia Lane
	Diana Mendoza
	Wint Winter

## WELCOME AND INTRODUCTIONS
Chair Rolph welcomed Chair Jim Porter and the State Board of Education members. Members of the Board of Regents and the State Board of Education introduced themselves.

## CONSIDERATION OF DISCUSSION AGENDA

### INFORMATION ON CONCURRENT ENROLLMENT TRENDS
Daniel Archer, Vice President for Academic Affairs, presented concurrent enrollment trend data. Over the last six years, the number of high school students taking college credit courses have increased from 28,217 in 2016 to 34,908 in 2020. Dr. Archer noted in 2021 the system saw a slight dip in concurrent enrollment (32,603 students) due to the COVID-19 pandemic. He then reviewed the concurrent enrollment trends within the different sectors of the higher education system. The majority of high school students taking college credit occurs at the community colleges, followed by the technical colleges and then the public universities. The six-year trend data for all the sectors mirrors the overall system data with increased enrollments from 2016 to 2020 and then a slight decline in 2021. Vice President Archer also displayed the system's six-year trend data broken down by race and ethnicity and noted increasing access to concurrent enrollment courses for minority students is a priority for the system. He then reviewed the Higher Learning Commission (HLC) faculty qualification requirements for teaching concurrent and dual enrollment courses. HLC requires faculty to hold an academic degree relevant to what they are teaching and at least one level above the level at which they teach, and for general education courses, these qualifications may be satisfied by a master's degree in the discipline or subfield. However, if a faculty member holds a master's degree in a discipline or subfield other than that in which she or he is teaching, that faculty member should have completed a minimum of 18 graduate credit hours in the discipline in which they teach. The HLC guidance on qualifications was issued in 2015 and institutions have until September 1, 2025 to meet the requirements. Since 2018, the percentage of HLC qualified faculty teaching courses through concurrent enrollment has increased steadily. Board Member Jones was pleased that more teachers are becoming certified to meet these

|   | | | | |
|---|---|---|---|---|
| Virtual/ Academy | Northeast Magnet High School | BEL AIRE, KS | | 53% |

*1A schools tied with 100% FAFSA completion.

| | **Most Improved FAFSA Completion Percentage** | | **FAFSA Completion** | **Percent Improvement** |
|---|---|---|---|---|
| 6A | Wichita High School South | WICHITA, KS | 47% | +69% |
| 5A | Highland Park High School | TOPEKA, KS | 38% | +36% |
| 4A | Chapman High School | CHAPMAN, KS | 64% | +61% |
| 3A | Nickerson High School | NICKERSON, KS | 37% | +64% |
| 2A | McLouth High School | McLOUTH, KS | 46% | +68% |
| 1A | Pretty Prairie High School | PRETTY PRAIRIE, KS | 80% | +167% |
| Virtual/ Academy | Garden City Achieve | GARDEN CITY, KS | 31% | +101% |

BREAK
Chair Rolph thanked the State Board of Education members for attending and noted that the Board of Regents looks forward partnering with the State Board to move these initiatives forward. Chair Porter adjourned the State Board's meeting, and Chair Rolph called for a break at 2:47 p.m. The Kansas Board of Regents meeting resumed at 3:12 p.m.

**APPROVAL OF MINUTES**
Regent Kiblinger stated that in July 25-17, 2022 minutes there is a title in which the word "who" should be changed to "whom." She then moved that the minutes of the June 15-16, 2022 regular meeting, June 21, 2022 special meeting, June 22, 2022 special meeting, June 28, 2022 special meeting, and July 25-27, 2022 retreat and budget workshop meeting, as amended, be approved. Following the second of Regent Ice, the motion carried.

**CONSIDERATION OF DISCUSSION AGENDA**

*Other Matters*

FRAMEWORK FOR WORKFOCE MANAGEMENT – ESU
Chair Rolph highlighted that the Board received the following handouts: the Emporia State University proposed Framework for Workforce Management, the Board's Suspension, Terminations, and Dismissals policy that outlines the process for developing a framework, a Resolution and response from the ESU Faculty Senate, a document that contains feedback from ESU students along with the administration's responses, a document that contains ESU faculty feedback along with the administration's responses, a statement from the Council of Faculty Senate Presidents, and a petition. Chair Rolph noted that the Board received most of these documents before the meeting and had an opportunity to review all the information provided.

President Hush and Dr. Brent Thomas, Dean of the College of Liberal Arts and Sciences and Interim Provost and Vice President for Academic Affairs, presented Emporia State University's proposed Workforce Management Framework. President Hush stated the Framework is a

Case 5:23-cv-04056-JAR-GEB   Document 41-11   Filed 04/10/24   Page 3 of 10

necessary tool to help strategically transform the University for a vibrant and sustainable future that is focused on student success. President Hush reviewed the timeline. In January 2022, the ESU administration communicated with faculty and staff about its plan to review the University's operations, which included looking at its programs and curriculum offerings. Faculty and staff were asked to provide feedback on what they would change to create a better experience for students, colleagues, alumni, community or state, and how the University could evolve its programs and curriculum in response to regional economic needs. The administration held four in-person forums to gather feedback and sent out several campuswide communications reiterating the University's intentions. In February, President Hush presented testimony to the House Higher Education Budget Committee that outlined ESU's path forward and noted that ESU's priorities were to optimize its existing education platform, grow enrollments, retain and recruit top talent, and review its academic program mix.

President Hush then reviewed ESU's budgetary challenges. He noted that in the past the University has implemented measures such as hiring freezes, spending restrictions, and voluntary retirement opportunities to address financial challenges. He stated that these measures have only served to push the problem forward rather than resolve it, and that the University needs a new approach. Therefore, the University established a data driven process to review its programs, and from this process, the University developed strategic concepts for the programs it is going to invest in for the future. President Hush noted that the policy the Board approved will enable ESU to align resources and invest into growth areas by doubling down in those programs that will move the University forward. He then reviewed the ESU's proposed Workforce Management Framework and noted that the Framework is not just another budget cutting tool but rather a mechanism that will allow ESU to fundamentally change what it can offer to students. President Hush stated that the proposed Framework was submitted to its shared governance groups last week and that they provided feedback. Some of that feedback was incorporated into the Framework.

Regarding the impact on students and employees, President Hush stated that every student will have the opportunity to complete their current degree program at Emporia State. Students will continue to receive their current scholarships and financial aid and will have access to counseling should they need it. President Hush stated that the vast majority of impacted employees will have the opportunity to remain through the end of the academic year in May 2023, and they will have the opportunity to receive an additional three months of severance pay. Employees will also receive outplacement services and will have access to counselling.

Interim Provost Thomas reported that ESU has repeatedly absorbed budget cuts over the years by reducing its operating budgets, eliminating annual equipment funds, and eliminating positions. He stated the University must operate differently and make fundamental changes to how it approaches academic offerings because the University cannot continue to expect its faculty to do more with less. He stated the group that conducted the program review process included many academic leaders and noted the data used to conduct the analysis is available. Interim Provost Thomas also emphasized that the administration values tenure and understands that it cannot build a successful, long-term program on the backs of adjunct instructors.

Chair Rolph wanted to be clear that there is a plan in place that will allow current impacted students the ability to complete their degree at the University and that those students will continue to receive

their scholarships and financial aid. Interim Provost Thomas stated that ESU will honor its commitment to its students and that teach out programs are being developed. It was noted that the proposed Framework was revised to incorporate some of the suggestions made by ESU's shared governance groups. Regent Winter asked whether ESU received feedback from rpk Group on this process. President Hush stated that ESU shared its methodology, rationale, and findings with rpk and noted that rpk is continuing its own work, which should be completed by the end of the year. Regent Ice wanted to know the estimated impact, and President Hush stated that about seven percent of ESU's employees will be impacted. Regent Lane asked about the projected financial health and strength of programing at the University after the Framework is implemented. President Hush stated that the impact will not be immediate but over time it is expected to save the University $5 million. President Hush also spoke about the importance of changing the low enrollment trend and investing in recruitment and marketing strategies. Following discussion, Regent Lane moved to approve Emporia State University's Framework for Workforce Management as presented. She noted that the motion includes the proposed Framework's provisions and ESU's intent to modify, suspend, or otherwise change the University's existing program discontinuance policy and policies related to curriculum change as necessary to effectively accomplish its goal of restructuring to meet current demands and to position the University for the future. Regent Lane also commented that the Framework is a tool that should be used sparingly. Regent Winter seconded, and the motion carried. The following Framework was approved:

EMPORIA STATE UNIVERSITY
FRAMEWORK FOR WORKFORCE MANAGEMENT

<u>Rationale for why the Framework must be implemented</u>. Pursuant to the Board of Regent's policy set out at Chapter II, Section C., Paragraph 6.b., "In light of the extreme financial pressures placed on the state universities due to the COVID-19 pandemic, decreased program and university enrollment, and state fiscal issues, effective immediately through December 31, 2022 and notwithstanding any other Board or institutional policy, any state university employee, including a tenured faculty member, may be suspended, dismissed, or terminated from employment by their respective university. Such terminations, suspensions, or dismissals shall follow the procedure set forth below. Declaration of financial exigency and the processes associated with the declaration of financial exigency shall not be a prerequisite to any suspension, dismissal, or termination authorized by this provision, and no existing university policy hearing procedures shall apply to such decisions."

Emporia State University, which is committed to being forward focused and future ready, is placing the needs and expectations of its current and future students at the center of its strategic efforts. Ongoing changes in industry demands, locally and nationally, as well as changes in student demographics and commitments to higher education affect the historical mission of ESU. The University's primary sources of revenue are student tuition and taxpayer dollars provided through the legislature. Increases in student tuition revenue are dependent on increased enrollment, which is very difficult to achieve for any university during these times. Because ESU has experienced extreme financial pressures accelerated by the COVID-19 pandemic, decreased program and university enrollment, and state fiscal issues, the University continues to face increases in the cost of operations across campus as well as substantive changes in the educational marketplace. These increased costs include higher costs being charged by providers and suppliers, as well as the

Kansas Board of Regents	- 8 -	September 14-15, 2022

necessity to properly maintain and support facilities, equipment, systems, security, and personnel. While the University is not facing financial exigency, the financial and market situations do require a prudent review and restructuring, which will require modification, reorganization, suspension, or elimination of certain operations, programs and curriculum, which may require immediate action notwithstanding any other Board or institutional policy. This framework allows for a more orderly transition to what is best for the University.

The Framework:

*A decision to suspend, dismiss, or terminate any university employee shall be based on factors such as, but not limited to:*
- Low enrollment
- Cost of operations
- Reduction in revenues for specific departments or schools
- Current or future market considerations as to the need for a program or department
- Restructuring of a program, department, or school as determined to be necessary by the university
- Realignment of resources
- Performance evaluations
- Teaching and research productivity
- Low service productivity

*A decision for action must be made in consideration of the following:*
- Relevant accreditation requirements for the program, school, or college
- Course availability to students in order to complete degree requirements. Course availability means students can take necessary courses either at ESU or through another university or community college in Kansas.

The procedure to be followed for taking action, pursuant to Board policy, is described below:

1. Notice. The President shall provide no less than 30 days' written notice of suspension, dismissal, or termination to the affected employee. This notice shall include a statement that this action is being taken pursuant to this policy, the reasons for the action being taken, the effective date of the action, and shall also include any considerations to be provided by the University to the affected employee (such as severance pay, payouts, retirement options, etc.).

2. Appeal. The employee may appeal the action taken pursuant to this policy through the Board of Regents office to the Office of Administrative Hearings. Any action taken that is not being taken pursuant to this policy shall have solely those appeal rights provided by existing university policy or other applicable procedures.

3. Appeal, Time and Content of. The employee must submit an appeal to the Board office within 30 days of receiving notice of the action. The appeal must include a copy of notice of the action received by the employee and a written statement with any relevant supporting evidence describing why the employee believes the decision for the action: (a) is substantially inconsistent with the university's decision-making framework approved by

the Board; (b) was the result of unlawful bias or discrimination; or (c) was otherwise unreasonable, arbitrary or capricious. These are the only grounds for reversing the President's decision. The employee shall provide a copy of their appeal documents to the President at the same time they are submitted to the Board office.

4. Response to Appeal by President. The President shall have 30 days from receipt of the appeal to respond in writing to the appeal. This response shall include any supporting evidence or documentation. This response with supporting evidence or documentation shall be sent to the Board office with a copy sent to the employee at the same time. This 30 day period can be extended for good cause as determined by the Board President and CEO.

5. Submission of Appeal to Office of Administrative Hearings. Within 10 days of receiving the President's response to the appeal, the Board office shall refer the appeal to the Office of Administrative Hearings. The Office of Administrative Hearings shall provide a hearing and decide the appeal based on the standards stated in the Board's policy and in the University's framework approved by the Board. The University shall be responsible for fees charged by the Office of Administrative Hearings.

6. Hearing before the Office of Administrative Hearings. The burden of proof is on the employee. No discovery will be permitted. The review shall be based on the written materials submitted, along with any oral presentation to the administrative hearing officer by the employee and the University. The employee and the University may be represented by counsel.

7. Decision. The decision of the administrative hearing officer is final and not subject to further administrative review by any officer or committee of the university or by the Board of Regents.

8. Action Not Stayed during Appeal. An appeal under this policy will not stay the effective date of the suspension, dismissal, or termination. An employee who wins their appeal will be entitled to reinstatement, back pay and restoration of other lost benefits.

## AMEND AGENDA
Chair Rolph amended the agenda to move the next five items to the end of Thursday's agenda – Act on New Institutional and Aspirational Peers - WSU, Act on Request to Approve Granting an Honorary Degree - WSU, Act on Request to Name a Building - FHSU, and Act on Request to Name a Building – KSU.

## RECESS
Chair Rolph recessed the meeting at 3:54 p.m.

## RECONVENE
Chair Rolph reconvened the meeting at 9:32 a.m. on Thursday, September 15, 2022.

MEMBERS PRESENT:        Jon Rolph, Chair

                    Carl Ice, Vice Chair
                    Blake Benson
                    John Dicus
                    Cheryl Harrison-Lee
                    Shelly Kiblinger
                    Cynthia Lane
                    Diana Mendoza
                    Wint Winter

**INTRODUCTIONS**
President Mason introduced Fort Hays State University's Faculty Senate President, Dr. Sammuel Byer, University Staff Senate President, Robert Duffy, and Student Body President, Ryan Stanley. President Linton announced that Ethan Erickson was named Kansas State University's Vice President for Administration and Finance after a national search.

**GENERAL REPORTS**

REPORT FROM CHAIR
Chair Rolph welcomed Regent Dicus, Regent Benson, and Regent Mendoza to their first Board meeting. He reported that the Board held its annual retreat and budget workshop meeting at the end of July in Wichita. The Board received information on the institutions' budgets, reviewed the state universities' National Institution of Student Success recommendations, and identified potential Board goals for this year, which will be acted on later in the agenda. Chair Rolph noted that the state university CEOs and representatives from the community and technical colleges participated in the discussions on all three days and that the group toured WSU Tech's National Center for Aviation Training and WSU's Deloitte Smart Factory. Chair Rolph noted that next month Wichita State University will host the Board for a two-day campus visit. He also reported that the Board had a productive discussion with the Council of Faculty Senate Presidents this morning at breakfast.

REPORT FROM PRESIDENT AND CEO
President Flanders reported that the 2022 Legislature created a task force to review state funding for the community and technical colleges. In late August the task force held a hearing that discussed the cost model that is used to calculate the state's share of the cost to deliver courses to students at the colleges. He believes the discussion was helpful and allowed the task force members to better understand how the cost model has been implemented in conjunction with legislative provisos. President Flanders thanked the Governor and Legislature for fully funding the cost model this year. Last week President Flanders attended the Governor's Council of Education meeting, which was held on the Fort Hays State University campus. He thanked President Mason and her team for hosting the group. President Flanders reported that in July the University of Kansas Caner Center announced it had earned comprehensive status, which is the National Cancer Institute's most prestigious status. He congratulated Chancellor Girod, Dr. Simari, and Dr. Roy Jensen and their teams, and noted that the Board will receive an update on the Cancer Center later this year. President Flanders announced that John Yeary was selected as the Board's new General Counsel. General Counsel Yeary previously served as the Chief Counsel for the Kansas Department of Administration and has 25 years of legal experience with the State of

Case 5:23-cv-04056-JAR-GEB   Document 41-11   Filed 04/10/24   Page 8 of 10

Kansas. He then recognized and thanked Julene Miller for her 15 ½ years of service as the General Counsel. President Flanders noted that she will still be working for the Board Office on a part time basis before fully retiring.

REPORT FROM COUNCIL OF FACULTY SENATE PRESIDENTS
Nate Brunsell presented the report for the Council of Faculty Senate Presidents. Dr. Brunsell thanked the Board for hosting breakfast this morning and noted the Council looks forward to working together this year. At its meeting yesterday, the Council discussed the Emporia State University's workforce management framework, and the members expressed their concerns for the impacted employees and discussed how it may impact the other campuses. The Council believes any decisions on these matters should involve the different campus constituent groups, and those groups should be given the data and adequate time to respond. The Council also requested that decisions be made in an open and transparent way. Additionally, Dr. Brunsell reported that the Council discussed the Board's initiative with rpk Group. The Council noted that each university has its own mission and urged the Board to consider their unique missions when making decisions on programs. Chair Rolph thanked Dr. Brunsell for the feedback and noted that the Board wants all campus groups to be involved with this process and encouraged faculty members to participate.

REPORT FROM STUDENTS' ADVISORY COMMITTEE
The Students' Advisory Committee report was presented by Sadie Williams. The Committee held its annual retreat at the University of Kansas in August. Chair Rolph and President Flanders attended the retreat and provided information on what items the Board will be focusing on this year and reviewed the Committee's role. At its meeting yesterday, the Committee began discussing the different student fee proposals on the campuses and spoke with the Emporia State University Student Body President about what actions are being taken to make sure students are involved with the workforce management framework policy. Regent Ice stated the Board's Fiscal Affairs and Audit Standing Committee looks forward to talking with the students about the fee proposals.

UPDATE ON *BUILDING A FUTURE* DASHBOARD AND CONCURRENT ENROLLMENT COLLABORATION
Regent Lane thanked Regent Kiblinger, President Shipp, President Muma, and Matt Keith for working on the Board's draft *Building a Future* Dashboard. The group has focused on reviewing the metrics and clarifying terminology in Pillar I: Helping Kansas Families. Regent Lane noted that the structure of the Dashboard will contain the plan's Areas of Focus and the different levels of metrics – Foundational Indicators (lagging metrics reported annually), Supporting Indicators (leading metrics reported at least quarterly), and Systemwide Approaches (strategies tied to the metrics). She noted the purpose of the Dashboard is to provide ongoing data to the Board and the institutions, so that they can determine if investments are improving outcomes for students and their families. Regent Lane then reviewed the handout that shows the proposed metrics and believes the next step in the process is for the Board to discuss the proposed concept. Chair Rolph stated he will work with President Flanders to determine when that discussion can occur and expressed his appreciation for the work that the group has done. President Flanders stated that as this work moves forward it will be important to have discussions with the university and Board

NAME A BUILDING – KSU
President Linton recommended renaming a street on the Manhattan campus in honor of the late Dr. Jon Wefald, who served as the 12th president of the University. President Linton stated that President Wefald named Butterfly Lane during his tenure and believes it would be fitting to rename it Wefald's Butterfly Lane to recognize his impact on campus. Regent Lane moved to approve, and Regent Kiblinger seconded. The motion carried.

**ADJOURNMENT**
Chair Rolph adjourned the meeting at 12:43 p.m.


_____          _____
Blake Flanders, President and CEO            Jon Rolph, Chair

September 14-15, 2022					Discussion Agenda | Wednesday

# DISCUSSION AGENDA

  A. Other Matters
    1. **Act on Framework for Workforce Management –** **President Hush**
     **ESU**

**Summary and Recommendation**

*Emporia State University is in the process of implementing the Board policy on Workforce Management as part of its effort to prepare and equip the University to meet current and future needs of the institution, its students and the surrounding community. A related part of this effort includes consideration of program discontinuance and curriculum change. ESU requests the Board's approval of the framework.*

**Background**
ESU's Framework for Workforce Management has been prepared pursuant to the Board's policy set out in Chapter II, Section C., Paragraph 6.b, as modified and approved by the Board in June 2022. The rationale for why ESU desires to implement its framework is set out within the language of the framework and is in alignment with the Board's policy requirements. The balance of the framework describes factors on which decisions will be made and the procedure to be followed for taking action. Again, these factors and procedures are in compliance with the Board's policy.

**Recommendation**
ESU is requesting that the Board approve its Framework for Workforce Management, which includes program discontinuance and curriculum change.