IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMANDA MIRACLE, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v.  ) | Case No. 23-4056-JAR-GEB |
| ) | |
| KEN HUSH, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## MOTION TO EXCEED PAGE LIMIT

Defendants Ken Hush, Brent Thomas, Kevin Johnson, Steven Lovett, Julene Miller, Bill Feuerborn, Cheryl Harrison-Lee, Shane Bangerter, Ann Brandau, Mark Hutton, Shellaine Kiblinger, Jon Rolph, Allen Schmidt, Helen Van Etten, Carl Ice, Cynthia Lane, Blake Benson, Diana Mendoza, Wint Winter, and John Dicus ("Defendants"), request under D. Kan. Rule 7.1(d) to exceed the page limit for their upcoming Motion to Dismiss.

This case involves a fifty-five-page Second Amended Complaint ("Complaint") bringing ten separate counts by eleven plaintiffs against twenty-one defendants with over two-hundred pages of exhibits. (Doc. 41.) The enumeration of the counts alone takes over twenty pages in the lengthy Complaint. (Doc. 41 at 33-54.) In light of the number of claims, the number of parties, and the size and complexity of the Complaint, Defendants respectfully request under D. Kan. Rule 7.1(d) to exceed the page limit on their Motion to Dismiss. This will allow Defendants to file just one Motion to Dismiss for all twenty identified defendants. It will allow Defendants to address all of the elements and factors for each appropriate defense for each of the ten claims by each of the eleven plaintiffs against each of these twenty Defendants in light of the extensive factual allegations in the Complaint. Specifically, these twenty Defendants request to exceed the fifteen-page limit under D. Kan. Rule 7.1(d)(3) by fifteen pages, for a total of thirty pages (if

necessary). The undersigned counsel has consulted with counsel for the Plaintiffs, and counsel for the Plaintiffs do not oppose this motion to exceed.

          Respectfully submitted,

          KRIS W. KOBACH
          ATTORNEY GENERAL OF KANSAS

          */s/ Matthew L. Shoger*
          Matthew L. Shoger, KS S Ct. # 28151
          Assistant Attorney General
          Shon D. Qualseth, KS S Ct. #18369
          First Asst. Attorney General/Sr. Trial Counsel
          Office of the Attorney General
          120 SW 10th Ave., 2nd Floor
          Topeka, Kansas 66612-1597
          Telephone:  785-296-2215
          Telephone:  785-368-8424
          FAX:  785-291-3767
          Email: *matt.shoger@ag.ks.gov*
          Email: *shon.qualseth@ag.ks.gov*
          *Attorneys for Defendants*

...
...

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of April, 2024, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                      */s/ Matthew L. Shoger*
                                      Matthew L. Shoger