IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMANDA MIRACLE, *et al.*,        ) | |
|                                                          ) | |
|         **Plaintiffs,**                       ) | |
|                                                          ) | |
| v.                                                   ) | Case. No. 23-4056-DDC-GEB |
|                                                          ) | |
| KEN HUSH, *et al.*,                   ) | |
|                                                          ) | |
|         **Defendants.**                   ) | |
|                                                          ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Shon D. Qualseth, First Assistant Attorney General/Sr. Trial Counsel, and in accordance with D. Kan. Rule 83.5.5(b), respectfully notifies the Court and the parties of his withdrawal as counsel of record for the Defendants.

The Court and parties are further notified that Matthew Shoger and Stanley Parker will continue to represent the Defendants in this matter.

1

Respectfully Submitted,

KRIS W. KOBACH
Attorney General

/s/ Shon. D. Qualseth
Shon D. Qualseth, KS S Ct. #18369
First Asst. Attorney General/Sr. Trial Counsel
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Telephone: 785-296-2215
FAX: 785-291-3767
Email: shon.qualseth@ag.ks.gov
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2024, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

J. Phillip Gragson
Amanda S. Vogelsberg
John H. Hutton
Kara L. Eisenhut
Henson, Hutton, Mudrick, Gragson
& Vogelsberg, LLP
3649 SW Burlingame Rd., Ste. 200
Topeka, KS 66611-2155
*Attorneys for Plaintiffs*

This Notice will also be served on each defendant pursuant to Fed. R. Civ. P. 5(b).

/s/ Shon D. Qualseth
Shon D. Qualseth