**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **AMANDA MIRACLE,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 23-4056-JAR-GEB |
| ) | |
| **KEN HUSH,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**DEFENDANTS' NOTICE OF INTERLOCUTORY APPEAL**

Defendants Ken Hush, Brent Thomas, Kevin Johnson, Steven Lovett, Julene Miller, Bill Feuerborn, Cheryl Harrison-Lee, Shane Bangerter, Ann Brandau, Mark Hutton, Shellaine Kiblinger, Jon Rolph, Allen Schmidt, Helen Van Etten, Carl Ice, Cynthia Lane, Blake Benson, Diana Mendoza, Wint Winter, and John Dicus ("Defendants") appeal to the United States Court of Appeals for the Tenth Circuit from the orders entered on December 5, 2024 (Doc. 54), and February 11, 2025 (Doc. 58), which denied qualified-immunity defenses raised in their Motion to Dismiss (Doc. 45) and Motion for Reconsideration (Doc. 55), and are therefore immediately appealable under the collateral order doctrine. *See Behrens v. Pelletier*, 516 U.S. 299, 308 (1996); *Workman v. Jordan*, 958 F.2d 332, 336 (10th Cir. 1992); *Stonecipher v. Valles*, 759 F.3d 1134, 1149 (10th Cir. 2014).

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of February, 2025, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

J. Phillip Gragson
Amanda S. Vogelsberg
John H. Hutton
Kara L. Eisenhut
Henson, Hutton, Mudrick, Gragson
& Vogelsberg, LLP
3649 SW Burlingame Rd., Ste. 200
Topeka, KS 66611-2155
*Attorneys for Plaintiffs*

                                            */s/ Matthew L. Shoger*
                                            Matthew L. Shoger
                                            Assistant Attorney General