**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **AMANDA MIRACLE,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 23-4056-JAR-GEB |
| ) | |
| **KEN HUSH,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**MOTION TO EXCEED PAGE LIMIT**

Defendants respectfully request under D. Kan. Rule 7.1(d) to exceed the page limit for their upcoming Reply in Support of their Motion to Stay Discovery. The Motion (Doc. 64) spanned 5 pages, and it incorporated by reference an earlier 4-page motion (Doc. 9). Plaintiffs' Response (Doc. 66) spans 15 pages, longer than both combined. It also adds an additional substantive matter, moving for the Court to certify the pending appeal as frivolous. To enable a full reply to the matters in the Response, Defendants request to exceed the five-page limit under D. Kan. Rule 7.1(d)(3) by one page, for a total of six pages. The undersigned has consulted with counsel for the Plaintiffs, and counsel for the Plaintiffs do not oppose this motion to exceed.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS S Ct. # 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
*matt.shoger@ag.ks.gov*
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of March, 2025, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

J. Phillip Gragson
Amanda S. Vogelsberg
John H. Hutton
Kara L. Eisenhut
Henson, Hutton, Mudrick, Gragson
& Vogelsberg, LLP
3649 SW Burlingame Rd., Ste. 200
Topeka, KS 66611-2155
*Attorneys for Plaintiffs*

                                                */s/ Matthew L. Shoger*
                                                Matthew L. Shoger