IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMANDA MIRACLE, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | )     Case No. 23-4056-JAR-GEB |
| KEN HUSH, *et al.*, | ) ) ) |
| Defendants. | ) ) |

### DEFENDANTS' MOTION FOR
### CONTINUANCE OF SCHEDULING CONFERENCE

Defendants respectfully move for a continuance of the scheduling conference currently set for Friday, April 28, 2025, at 11:00 AM (*see* Doc. 59 at 1), pending the district judge's ruling on Defendants' pending Motion to Stay Discovery (*see* Doc. 64). The undersigned counsel has consulted with counsel for the Plaintiffs, and counsel for the Plaintiffs oppose this Motion.

Defendants have argued in their Motion to Stay Discovery that the pending appeal to the Tenth Circuit based on qualified immunity (*see* Doc. 60-62) deprives the Court of jurisdiction to issue any discovery orders regarding the claims currently on appeal until the Tenth Circuit resolves the qualified immunity issues and remands the case back to this Court. (Doc. 64 at 2-5; Doc. 69 at 1-6.) Defendants have also argued that the few claims not on appeal are based on the same underlying facts as for the claims on appeal, are against one of the appealing Defendants, and should be stayed as a prudential matter in accordance with relevant case law. (Doc. 64 at 3-4; Doc. 69 at 2-6.) These questions regarding immunity, the Court's jurisdiction, and the propriety of discovery should be resolved before moving forward with discovery orders in this case. Accordingly, Defendants respectfully request that the scheduling conference be continued pending the district judge's ruling on Defendants' pending Motion to Stay Discovery.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS S Ct. # 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 17th day of April, 2025, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

J. Phillip Gragson
Amanda S. Vogelsberg
John H. Hutton
Kara L. Eisenhut
Henson, Hutton, Mudrick, Gragson
& Vogelsberg, LLP
3649 SW Burlingame Rd., Ste. 200
Topeka, KS 66611-2155
*Attorneys for Plaintiffs*

                */s/ Matthew L. Shoger*
                Matthew L. Shoger